Fill in this information to identify your case:

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (*If known*): _____

Chapter you are filing under:
☑ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

**06/24**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint* case—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Kenneth**<br>First name<br><br>**William**<br>Middle name<br><br>**Bergeron**<br>Last name<br><br>_____<br>Suffix (Sr., Jr, II, III) | **Cori**<br>First name<br><br>**Laverne**<br>Middle name<br><br>**Bergeron**<br>Last name<br><br>_____<br>Suffix (Sr., Jr, II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | _____ First name<br><br>_____ Middle name<br><br>_____ Last name<br><br>_____ Business name (if applicable)<br><br>_____ Business name (if applicable) | _____ First name<br><br>_____ Middle name<br><br>_____ Last name<br><br>_____ Business name (if applicable)<br><br>_____ Business name (if applicable) |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx - xx - **0  2  8  4**<br>OR<br>**9**xx - xx - ___ ___ ___ ___ | xxx - xx - **9  7  2  6**<br>OR<br>**9**xx - xx - ___ ___ ___ ___ |

| Debtor 1 | **Kenneth** | **William** | **Bergeron** | |
|---|---|---|---|---|
| Debtor 2 | **Cori** | **Laverne** | **Bergeron** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* |

| | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|---|

**4.   Your Employer Identification Number (EIN), if any.**

EIN __ __ - __ __ __ __ __ __ __

EIN __ __ - __ __ __ __ __ __ __

EIN __ __ - __ __ __ __ __ __ __

EIN __ __ - __ __ __ __ __ __ __

**5.   Where you live**

**15330 Sam Reynolds Rd**
Number        Street

**Justin, TX 76247**
City                                   State      ZIP Code

**Denton**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number        Street

P.O. Box

City                                   State      ZIP Code

**If Debtor 2 lives at a different address:**

Number        Street

City                                   State      ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number        Street

P.O. Box

City                                   State      ZIP Code

**6.   Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☑ I have another reason. Explain.
(See 28 U.S.C. § 1408)

**Venue is proper in this district for convenience and the interest of justice. Debtors (Justin, TX) and counsel (Arlington, TX) are in close proximity to the Fort Worth Division, making administration more efficient and less burdensome.**

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☑ I have another reason. Explain.
(See 28 U.S.C. § 1408)

**Venue is proper in this district for convenience and the interest of justice. Debtors (Justin, TX) and counsel (Arlington, TX) are in close proximity to the Fort Worth Division, making administration more efficient and less burdensome.**

| Debtor 1 | Kenneth | William | Bergeron | |
|---|---|---|---|---|
| Debtor 2 | Cori | Laverne | Bergeron | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

---

### Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No.

☐ Yes.

| District _____ | When _____ MM / DD / YYYY | Case number _____ |
|---|---|---|
| District _____ | When _____ MM / DD / YYYY | Case number _____ |
| District _____ | When _____ MM / DD / YYYY | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No.

☐ Yes.

| Debtor _____ | Relationship to you _____ |
|---|---|
| District _____ | When _____ MM / DD / YYYY | Case number, if known _____ |

| Debtor _____ | Relationship to you _____ |
|---|---|
| District _____ | When _____ MM / DD / YYYY | Case number, if known _____ |

**11. Do you rent your residence?**

☑ No.   Go to line 12.

☐ Yes.   Has your landlord obtained an eviction judgment against you?

    ☐ No. Go to line 12.

    ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

| Debtor 1 | Kenneth | William | Bergeron | |
|---|---|---|---|---|
| Debtor 2 | Cori | Laverne | Bergeron | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

---

**Part 3:** Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number        Street

_____

_____
City                        State      ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ No.      I am not filing under Chapter 11.

☐ No.      I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.     I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.     I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| Debtor 1 | **Kenneth** | **William** | **Bergeron** | |
|---|---|---|---|---|
| Debtor 2 | **Cori** | **Laverne** | **Bergeron** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

---

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14.  Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.

☐ Yes.   What is the hazard?   _____
_____
_____

If immediate attention is needed, why is it needed?
_____
_____
_____

Where is the property?   _____

Number        Street

_____

City                                    State        ZIP Code

---

| Debtor 1 | Kenneth | William | Bergeron | |
|---|---|---|---|---|
| Debtor 2 | Cori | Laverne | Bergeron | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

## Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Debtor 1 | Kenneth | William | Bergeron | |
|---|---|---|---|---|
| Debtor 2 | Cori | Laverne | Bergeron | Case number *(if known)* |
| | First Name | Middle Name | Last Name | |

## Part 6:   Answer These Questions for Reporting Purposes

**16.   What kind of debts do you have?**

16a.   **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐   No. Go to line 16b.
☑   Yes. Go to line 17.

16b.   **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐   No. Go to line 16c.
☐   Yes. Go to line 17.

16c.   State the type of debts you owe that are not consumer debts or business debts.

_____

**17.   Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐   No.   I am not filing under Chapter 7. Go to line 18.

☑   Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑   No
☐   Yes

**18.   How many creditors do you estimate that you owe?**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,000-100,000
☐ More than 100,000

**19.   How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20.   How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Part 7:   Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X  **/s/ Kenneth William Bergeron** _____
Kenneth William Bergeron, Debtor 1
Executed on   **03/30/2026** _____
      MM/  DD/  YYYY

X  **/s/ Cori Laverne Bergeron** _____
Cori Laverne Bergeron, Debtor 2
Executed on   **03/30/2026** _____
      MM/  DD/  YYYY

| Debtor 1 | **Kenneth** | **William** | **Bergeron** | |
|---|---|---|---|---|
| Debtor 2 | **Cori** | **Laverne** | **Bergeron** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**X** **/s/ Clayton L. Everett** _____
Signature of Attorney for Debtor

Date **03/30/2026** _____
MM / DD / YYYY

**Clayton L. Everett** _____
Printed name

**Norred Law, PLLC** _____
Firm name

**515 E. Border** _____
Number        Street

**Norred Law, PLLC** _____

**Arlington** _____ **TX** **76010** _____
City                                               State    ZIP Code

Contact phone **(817) 704-3984** _____    Email address **clayton@norredlaw.com** _____

**24065212** _____ **TX** ____
Bar number                                        State

---

**Voluntary Petition for Individuals Filing for Bankruptcy**

Fill in this information to identify your case and this filing:

| | | | |
|---|---|---|---|
| Debtor 1 | **Kenneth** | **William** | **Bergeron** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Cori** | **Laverne** | **Bergeron** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____**Northern**_____ District of _____**Texas**_____

Case number _____

☐ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property

12/15

**In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

| Part 1: | Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In |
|---|---|

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

☑ Yes. Where is the property?

1.1    **Home**

Street address, if available, or other description

**15330 Sam Reynolds Rd**

**Justin, TX 76247**

City    State    ZIP Code

**Denton**

County

**What is the property?** Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

**Source of Value:**   **Value is average between Denton County Appraisal District and Zillow**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$878,750.00** | **$878,750.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee Simple**

☐ **Check if this is community property**
(see instructions)

If you own or have more than one, list here:

Debtor **Bergeron, Kenneth William; Bergeron, Cori Laverne** _____ Case number *(if known)* _____

---

1.2 **Non-Primary Residence**

Street address, if available, or other description

**221 Butternut Glen**

**Holly Lake Ranch, TX 75765**

City          State          ZIP Code

**Wood**

County

**What is the property?** Check all that apply.

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

**Source of Value:**
**Value is average between Wood County Appraisal District and Realtor.com**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**          **Current value of the portion you own?**

**$296,333.00**                    **$296,333.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee Simple**

- ☐ **Check if this is community property** (see instructions)

---

1.3 **Timeshare**

Street address, if available, or other description

**1851 Community Drive**

**Orlando, FL 32830**

City          State          ZIP Code

**Orange**

County

**What is the property?** Check all that apply.

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☑ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

**Source of Value:** **Debtors opinion** _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**          **Current value of the portion you own?**

**$22,000.00**                    **$22,000.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Timeshare interest (week's worth of a two bedroom)**

- ☐ **Check if this is community property** (see instructions)

---

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here** ............................................................. ➜ | **$1,197,083.00** |

---

| Part 2: | Describe Your Vehicles |
|---|---|

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

- ☐ No
- ☑ Yes

---

Debtor  **Bergeron, Kenneth William; Bergeron, Cori Laverne**                    Case number *(if known)* _____

| | | | |
|---|---|---|---|
| 3.1 | Make: | **Ford** | |
| | Model: | **Bronco** | |
| | Year: | **2024** | |
| | Approximate mileage: | **18,823** | |
| | Other information: | | |

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $44,563.00 | $44,563.00 |

**Source of Value: NADA
Valuation by NADA
VIN: 1FMDE8BH2RLA89498**

If you own or have more than one, describe here:

| | | | |
|---|---|---|---|
| 3.2 | Make: | **Chevrolet** | |
| | Model: | **Trax** | |
| | Year: | **2022** | |
| | Approximate mileage: | **80,010** | |
| | Other information: | | |

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $12,965.00 | $12,965.00 |

**Source of Value: NADA
Valuation by NADA
VIN: KL7CJPSM2NB560775**

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

| | | |
|---|---|---|
| 4.1 | Make: | _____ |
| | Model: | _____ |
| | Year: | _____ |
| | Other information: | |

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| | |

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ...................................................... ➜

| |
|---|
| **$57,528.00** |

| Part 3: | Describe Your Personal and Household Items |
|---|---|

| **Do you own or have any legal or equitable interest in any of the following items?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

Debtor __Bergeron, Kenneth William; Bergeron, Cori Laverne__          Case number *(if known)* _____

6. **Household goods and furnishings**

   *Examples:* Major appliances, furniture, linens, china, kitchenware

   ☐ No

   ☑ Yes. Describe. .........

   | | |
   |---|---|
   | **Major appliances, refrigerator, cooktop, washer, dryer, sofas, tables, desks, chairs, linens, curtains, houseware, household tools, kitchenware, small kitchen appliances, holiday decorations, lawn care items, outdoor grill** | **$5,500.00** |

7. **Electronics**

   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

   ☐ No

   ☑ Yes. Describe. .........

   | | |
   |---|---|
   | **Televisions, desktop, laptops, printers, DVDs, mobile phones** | **$1,750.00** |

8. **Collectibles of value**

   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☐ No

   ☑ Yes. Describe. .........

   | | |
   |---|---|
   | **Books, prints, knick knacks, office supplies** | **$100.00** |

9. **Equipment for sports and hobbies**

   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☐ No

   ☑ Yes. Describe. .........

   | | |
   |---|---|
   | **Golf clubs, exercise equipment, pool table, musical instrument, bicycles** | **$1,800.00** |

10. **Firearms**

    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☐ No

    ☑ Yes. Describe. .........

    | | |
    |---|---|
    | **AR-15s (2), ammo**<br><br>**Llama .45 ACP pistol** | **$1,700.00** |

11. **Clothes**

    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No

    ☑ Yes. Describe. .........

    | | |
    |---|---|
    | **Everyday clothing, shoes, accessories** | **$500.00** |

12. **Jewelry**

    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☐ No

    ☑ Yes. Describe. .........

    | | |
    |---|---|
    | **Gold bands, class rings, everyday jewelry, costume jewelry** | **$1,200.00** |

Debtor  **Bergeron, Kenneth William; Bergeron, Cori Laverne**                    Case number *(if known)* _____

---

13. **Non-farm animals**

    *Examples:*  Dogs, cats, birds, horses

    ☑ No

    ☐ Yes. Describe. .........

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☐ No

    ☑ Yes. Give specific
       information. .............
       
       | | |
       |---|---|
       | **Medical Devices (CPAP machine, crutches, walker, walking boot)** | |
       | **Water filtration equipment** | $4,000.00 |

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ................................................................................➔ | **$16,550.00** |

---

| Part 4: | Describe Your Financial Assets |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**

    *Examples:*  Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☐ No

    ☑ Yes ....................................................................................................................................  Cash: ...................  $0.00

Debtor **Bergeron, Kenneth William; Bergeron, Cori Laverne**          Case number *(if known)* _____

17. **Deposits of money**

    *Examples:*  Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

    ☐  No

    ☑  Yes .....................          Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | **Liberty Federal Credit Union**<br>**Account Number: 9097** | **$39.97** |
| 17.2. Checking account: | **Liberty Federal Credit Union**<br>**Account Number: 5769** | **$8.25** |
| 17.3. Checking account: | **Navy Federal Credit Union**<br>**Account Number: 7182** | **$0.00** |
| 17.4. Checking account: | **USAA Federal Savings Bank**<br>**Account Number: 1567** | **$529.63** |
| 17.5. Checking account: | **USAA Federal Savings Bank**<br>**Account Number: 1309** | **$8.00** |
| 17.6. Savings account: | **Liberty Federal Credit Union**<br>**Account Number: 9088** | **$0.00** |
| 17.7. Savings account: | **Liberty Federal Credit Union**<br>**Account Number: 5750** | **$0.00** |
| 17.8. Savings account: | **Navy Federal Credit Union**<br>**Account Number: 8259** | **$0.00** |
| 17.9. Savings account: | **Optum Bank HSA** | **$0.00** |
| 17.10. Savings account: | **PenFed Credit Union**<br>**Account Number: 3019** | **$20.02** |
| 17.11. Savings account: | **PenFed Credit Union**<br>**Account Number: 2014** | **$0.00** |
| 17.12. Savings account: | **USAA Federal Savings Bank**<br>**Account Number: 1575** | **$5.12** |
| 17.13. Other financial account: | **Robinhood**<br>**Account Number: 0056** | **$0.00** |
| 17.14. Other financial account: | **Apple Cash**<br>**Account Number: 7577** | **$0.00** |
| 17.15. Other financial account: | **Optum Bank**<br>**Account Number: 1502** | **$0.00** |
| 17.16. Other financial account: | **Paypal Account** | **$0.00** |
| 17.17. Other financial account: | **Venmo Account** | **$0.00** |

Debtor **Bergeron, Kenneth William; Bergeron, Cori Laverne**          Case number *(if known)* _____

---

18. **Bonds, mutual funds, or publicly traded stocks**

    *Examples:*  Bond funds, investment accounts with brokerage firms, money market accounts

    ☑ No

    ☐ Yes .................... Institution or issuer name:

    _____          _____

    _____          _____

    _____          _____


19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☐ No

    ☑ Yes. Give specific information about them....................

    | Name of entity: | % of ownership: | |
    |---|---|---|
    | **Auriga Leasing LLC** | **100.00%** | **$0.00** |
    | **Black Knight Sales and Marketing LLC** | **100.00%** | **$0.00** |
    | **Canis Minor Properties LLC** | **100.00%** | **$0.00** |
    | **Chiron Technologies LLC** | **100.00%** | **$262.25** |
    | **Chord Technologies LLC** | **100.00%** | **$2.58** |
    | **Constellation Holdings LLC** | **100.00%** | **$20.79** |
    | **Constellations Enterprises LLC** | **100.00%** | **$398.07** |
    | **Texas Safari Ltd LLC** | **100.00%** | **$0.00** |
    | **Virgo Landscaping LLC** | **100.00%** | **$0.00** |


20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☑ No

    ☐ Yes. Give specific information about them.................... Issuer name:

    _____          _____

    _____          _____

    _____          _____

Debtor  **Bergeron, Kenneth William; Bergeron, Cori Laverne**                Case number *(if known)* _____

---

21.  **Retirement or pension accounts**

*Examples:*  Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐  No

☑  Yes. List each
account separately.   Type of account:          Institution name:

IRA:        **Wealthfront**                                   **$6.00**

IRA:        **Wealthfront**                                   **$0.07**

IRA:        **Wealthfront**                                   **$0.05**

22.  **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:*  Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or
others

☑  No

☐  Yes ....................      Institution name or individual:

Electric:        _____

Gas:        _____

Heating oil:        _____

Security deposit on rental unit:    _____

Prepaid rent:        _____

Telephone:        _____

Water:        _____

Rented furniture:        _____

Other:        _____

23.  **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑  No

☐  Yes ....................     Issuer name and description:

_____

_____

_____

---

Debtor   **Bergeron, Kenneth William; Bergeron, Cori Laverne**      Case number *(if known)* _____

---

24.   **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes .................... Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

25.   **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☐ No

☑ Yes. Give specific information about them. ...

| | |
|---|---|
| **Bergeron Family Vault 687 Revocable Trust** | **$0.00** |

26.   **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☐ No

☑ Yes. Give specific information about them. ...

| | |
|---|---|
| **https://chirontechnologies.ai/** | **$0.00** |

27.   **Licenses, franchises, and other general intangibles**

*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No

☐ Yes. Give specific information about them. ...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28.   **Tax refunds owed to you**

☑ No

☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ...................

Federal: _____

State: _____

Local: _____

29.   **Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

Debtor **Bergeron, Kenneth William; Bergeron, Cori Laverne**                    Case number *(if known)* _____

---

☑ No

☐ Yes. Give specific information. ........

| | |
|---|---|
| Alimony: | _____ |
| Maintenance: | _____ |
| Support: | _____ |
| Divorce settlement: | _____ |
| Property settlement: | _____ |

30. **Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No

☐ Yes. Give specific information. ........                                       _____

31. **Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No

☑ Yes. Name the insurance company of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| Massmutual | **Kenneth Bergeron, Bergeron Family Vault 687 Revocable Trust** | **$0.00** |
| Massmutual | **Bergeron Family Vault 687 Revocable Trust** | **$0.00** |
| Massmutual | **Cori Bergeron, Bergeron Family Vault 687 Revocable Trust** | **$0.00** |
| **USAA Life Insurance - Term Policy** | **Kenneth Bergeron** | **$0.00** |
| **USAA Life Insurance - Term Policy** | **Cori Bergeron** | **$0.00** |

32. **Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No

☐ Yes. Give specific information. ........                                       _____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No

☐ Yes. Describe each claim. ..............                                        _____

---

Official Form 106A/B                          **Schedule A/B: Property**                          page **10**

Debtor **Bergeron, Kenneth William; Bergeron, Cori Laverne**          Case number *(if known)* _____

---

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☑ No

    ☐ Yes. Describe each claim. .............. [ ]          _____

35. **Any financial assets you did not already list**

    ☑ No

    ☐ Yes. Give specific information. ........ [ ]          _____

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ...................................................................................... ➜ | **$1,300.80** |

---

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**

    ☑ No. Go to Part 6.

    ☐ Yes. Go to line 38.

    **Current value of the portion you own?**
    Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

    ☑ No

    ☐ Yes. Describe. ......... [ ]          _____

39. **Office equipment, furnishings, and supplies**

    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

    ☑ No

    ☐ Yes. Describe. ......... [ ]          _____

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

    ☑ No

    ☐ Yes. Describe. ......... [ ]          _____

41. **Inventory**

    ☑ No

    ☐ Yes. Describe. ......... [ ]          _____

---

Official Form 106A/B                **Schedule A/B: Property**                page **11**

Debtor  **Bergeron, Kenneth William; Bergeron, Cori Laverne**                    Case number *(if known)* _____

---

42. **Interests in partnerships or joint ventures**

 ☑ No
 ☐ Yes. Describe .......

 Name of entity:                                        % of ownership:

 _____   _____   _____

 _____   _____   _____

 _____   _____   _____

43. **Customer lists, mailing lists, or other compilations**

 ☑ No
 ☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

   ☐ No
   ☐ Yes. Describe. .........    _____

44. **Any business-related property you did not already list**

 ☑ No
 ☐ Yes. Give specific
   information .........

 _____   _____

 _____   _____

 _____   _____

 _____   _____

 _____   _____

 _____   _____

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
 for Part 5. Write that number here** ......................................................................................... ➜   | $0.00 |

---

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | **If you own or have an interest in farmland, list it in Part 1.** |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

 ☑ No. Go to Part 7.
 ☐ Yes. Go to line 47.

**Current value of the
portion you own?**
Do not deduct secured
claims or exemptions.

---

Debtor  **Bergeron, Kenneth William; Bergeron, Cori Laverne**          Case number *(if known)* _____

---

47.  **Farm animals**

*Examples:* Livestock, poultry, farm-raised fish

☑ No

☐ Yes ........................          _____

48.  **Crops—either growing or harvested**

☑ No

☐ Yes. Give specific
information. ...........          _____

49.  **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No

☐ Yes ........................          _____

50.  **Farm and fishing supplies, chemicals, and feed**

☑ No

☐ Yes ........................          _____

51.  **Any farm- and commercial fishing-related property you did not already list**

☑ No

☐ Yes. Give specific
information. ...........          _____

52.  **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached
for Part 6. Write that number here** .................................................................................................➔          **$0.00**

---

**Part 7:**     Describe All Property You Own or Have an Interest in That You Did Not List Above

53.  **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☑ No

☐ Yes. Give specific
information. ...........

54.  **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................➔          **$0.00**

---

**Part 8:**     List the Totals of Each Part of this Form

55.  **Part 1: Total real estate, line 2** ........................................................................................................➔          **$1,197,083.00**

56.  **Part 2: Total vehicles, line 5**          $57,528.00

57.  **Part 3: Total personal and household items, line 15**          $16,550.00

---

Debtor __Bergeron, Kenneth William; Bergeron, Cori Laverne__          Case number *(if known)* _____

| | | | | |
|---|---|---|---|---|
| 58. | **Part 4: Total financial assets, line 36** | | $1,300.80 | |
| 59. | **Part 5: Total business-related property, line 45** | | $0.00 | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | | $0.00 | |
| 61. | **Part 7: Total other property not listed, line 54** | + | $0.00 | |
| 62. | **Total personal property.** Add lines 56 through 61. .............. | $75,378.80 | Copy personal property total ➜ | + $75,378.80 |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62. ......................................................................... | | | $1,272,461.80 |

Official Form 106A/B                                          **Schedule A/B: Property**                                          page **14**

Fill in this information to identify your case:

| Debtor 1 | **Kenneth** | **William** | **Bergeron** | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| Debtor 2 | **Cori** | **Laverne** | **Bergeron** | |
|---|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name | |

United States Bankruptcy Court for the: **Northern** District of **Texas**

Case number
(if known)

❏ Check if this is an
amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ❏ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Home**<br>**15330 Sam Reynolds Rd**<br>**Justin, TX 76247**<br><br>Line from *Schedule A/B*: **1.1** | **$878,750.00** | ☑ **$0.00**<br><br>❏ 100% of fair market value, up to any applicable statutory limit | **Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002** |

3. **Are you claiming a homestead exemption of more than $214,000?**

   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ❏ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ❏ No
      ❏ Yes

| Debtor 1 | **Kenneth** | **William** | **Bergeron** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Cori** | **Laverne** | **Bergeron** | |
| | First Name | Middle Name | Last Name | |

**Part 2:**    Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **2024 Ford Bronco**<br>**VIN:**<br>**1FMDE8BH2RLA89498**<br>**Valuation by NADA**<br><br>Line from *Schedule A/B:* **3.1** | **$44,563.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |
| Brief description: **2022 Chevrolet Trax**<br>**VIN:**<br>**KL7CJPSM2NB560775**<br>**Valuation by NADA**<br><br>Line from *Schedule A/B:* **3.2** | **$12,965.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |
| Brief description: **Major appliances, refrigerator, cooktop, washer, dryer, sofas, tables, desks, chairs, linens, curtains, houseware, household tools, kitchenware, small kitchen appliances, holiday decorations, lawn care items, outdoor grill**<br><br>Line from *Schedule A/B:* **6** | **$5,500.00** | ☑ **$5,500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Televisions, desktop, laptops, printers, DVDs, mobile phones**<br><br>Line from *Schedule A/B:* **7** | **$1,750.00** | ☑ **$1,750.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

Official Form 106C        **Schedule C: The Property You Claim as Exempt**        page **2** of **4**

| Debtor 1 | **Kenneth** | **William** | **Bergeron** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Cori** | **Laverne** | **Bergeron** | |
| | First Name | Middle Name | Last Name | |

## Part 2:   Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Books, prints, knick knacks, office supplies**<br>Line from *Schedule A/B*: **8** | **$100.00** | ☑ **$100.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Golf clubs, exercise equipment, pool table, musical instrument, bicycles**<br>Line from *Schedule A/B*: **9** | **$1,800.00** | ☑ **$1,800.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |
| Brief description: **AR-15s (2), ammo**<br>Line from *Schedule A/B*: **10** | **$1,500.00** | ☑ **$1,500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(7)** |
| Brief description: **Llama .45 ACP pistol**<br>Line from *Schedule A/B*: **10** | **$200.00** | ☑ **$200.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Everyday clothing, shoes, accessories**<br>Line from *Schedule A/B*: **11** | **$500.00** | ☑ **$500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(5)** |
| Brief description: **Gold bands, class rings, everyday jewelry, costume jewelry**<br>Line from *Schedule A/B*: **12** | **$1,200.00** | ☑ **$1,200.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(6)** |
| Brief description: **Medical Devices (CPAP machine, crutches, walker, walking boot)**<br>Line from *Schedule A/B*: **14** | **$500.00** | ☑ **$500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code § 42.001(b)(2)** |

| Debtor 1 | **Kenneth** | **William** | **Bergeron** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Cori** | **Laverne** | **Bergeron** | |
| | First Name | Middle Name | Last Name | |

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Optum Bank HSA** **Savings account** Line from *Schedule A/B:* **17** | **$0.00** | ☑ **$0.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code § 42.0021** |
| Brief description: **Wealthfront** Line from *Schedule A/B:* **21** | **$6.00** | ☑ **$6.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code § 42.0021** |
| Brief description: **Wealthfront** Line from *Schedule A/B:* **21** | **$0.07** | ☑ **$0.07** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code § 42.0021** |
| Brief description: **Wealthfront** Line from *Schedule A/B:* **21** | **$0.05** | ☑ **$0.05** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code § 42.0021** |
| Brief description: **Massmutual** Line from *Schedule A/B:* **31** | **$0.00** | ☑ **$0.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Ins. Code §§ 1108.001, 1108.051** |
| Brief description: **Massmutual** Line from *Schedule A/B:* **31** | **$0.00** | ☑ **$0.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Ins. Code §§ 1108.001, 1108.051** |
| Brief description: **Massmutual** Line from *Schedule A/B:* **31** | **$0.00** | ☑ **$0.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Ins. Code §§ 1108.001, 1108.051** |
| Brief description: **USAA Life Insurance - Term Policy** Line from *Schedule A/B:* **31** | **$0.00** | ☑ **$0.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Ins. Code §§ 1108.001, 1108.051** |
| Brief description: **USAA Life Insurance - Term Policy** Line from *Schedule A/B:* **31** | **$0.00** | ☑ **$0.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Ins. Code §§ 1108.001, 1108.051** |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:      **Bergeron, Kenneth William**                                        CASE NO

             **Bergeron, Cori Laverne**

CHAPTER **7**

### SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

**Exemption Totals by Category:**

(Values and liens of surrendered property are NOT included in this section)                    Scheme Selected: **State**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|---|---|---|---|---|---|---|
| 1. | Real Estate | $1,197,083.00 | $1,174,666.33 | $40,787.09 | $0.00 | $40,787.09 |
| 3. | Motor vehicle | $57,528.00 | $67,819.62 | $0.00 | $0.00 | $0.00 |
| 4. | Watercraft, trailers, motors homes, and accessories | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6. | Household goods and furnishings | $5,500.00 | $0.00 | $5,500.00 | $5,500.00 | $0.00 |
| 7. | Electronics | $1,750.00 | $0.00 | $1,750.00 | $1,750.00 | $0.00 |
| 8. | Collectibles of value | $100.00 | $0.00 | $100.00 | $100.00 | $0.00 |
| 9. | Equipment for sports and hobbies | $1,800.00 | $0.00 | $1,800.00 | $1,800.00 | $0.00 |
| 10. | Firearms | $1,700.00 | $0.00 | $1,700.00 | $1,700.00 | $0.00 |
| 11. | Clothes | $500.00 | $0.00 | $500.00 | $500.00 | $0.00 |
| 12. | Jewelry | $1,200.00 | $0.00 | $1,200.00 | $1,200.00 | $0.00 |
| 13. | Nonfarm animals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14. | Other | $4,000.00 | $0.00 | $4,000.00 | $500.00 | $3,500.00 |
| 16. | Cash | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17. | Deposits of money | $610.99 | $0.00 | $610.99 | $0.00 | $610.99 |
| 18. | Bonds, mutual funds, or publicly traded stocks | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19. | Business Interests, LLC's, Partnerships, Joint Ventures and Nonpublicly traded stock | $683.69 | $0.00 | $683.69 | $0.00 | $683.69 |
| 20. | Bonds and other financial instruments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21. | Retirement or pension accounts | $6.12 | $0.00 | $6.12 | $6.12 | $0.00 |
| 22. | Security deposits and prepayments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23. | Annuities | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24. | Interest in a qualified education fund, such as an education IRA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25. | Trusts, equitable or future interests in property | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: **Bergeron, Kenneth William**                    CASE NO

   **Bergeron, Cori Laverne**                           CHAPTER **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet #1*

**Exemption Totals by Category:**

(Values and liens of surrendered property are NOT included in this section)                    Scheme Selected: **State**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|----------------------|--------------------|--------------|--------------------|-------------------------|
| 26. | Copyrights, trademarks, websites and other intellectual property | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27. | Licenses, Franchises, and other general intangibles | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28. | Tax refunds | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29. | Family support | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30. | Other amounts owed to the debtor | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31. | Insurance policies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32. | Interest in property from deceased | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33. | Claims against third parties | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34. | All other claims, includes contingent/unliquidated claims, counter claims, and creditor set offs | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35. | Other financial asset | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38. | Accounts receivable | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39. | Office equipment, furnishings, and supplies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40. | Machinery, fixtures and equipment | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41. | Inventory | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42. | Interests in partnerships or joint ventures | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43. | Customer lists | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44. | Other businessrelated property | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 47. | Farm animals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 48. | Crops | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 49. | Equipment | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 50. | Supplies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

IN RE:    **Bergeron, Kenneth William**

      **Bergeron, Cori Laverne**

CASE NO

CHAPTER **7**

### SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet #2*

**Exemption Totals by Category:**

(Values and liens of surrendered property are NOT included in this section)                    Scheme Selected: **State**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------:|-------------------:|-------------:|--------------------:|------------------------:|
| 51. | Other farm or fishing related property | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 53. | Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **TOTALS:** | **$1,272,461.80** | **$1,242,485.95** | **$58,637.89** | **$13,056.12** | **$45,581.77** |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:    **Bergeron, Kenneth William**                                          CASE NO

**Bergeron, Cori Laverne**                                          CHAPTER **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet #3*

### Surrendered Property:

The following property is to be surrendered by the debtor. Although this property is NOT exempt, it is NOT considered "non-exempt" for purposes of this analysis. The below listed items are to be returned to the lienholder

| Property Description | Market Value | Lien | Equity |
|---|---|---|---|
| **Real Property** | | | |
| (None) | | | |
| **Personal Property** | | | |
| (None) | | | |
| **TOTALS:** | **$0.00** | **$0.00** | **$0.00** |

### Non-exempt Property by Item:

The following property, or a portion thereof, is non-exempt.

| Property Description | Market Value | Lien | Equity | Non-Exempt Amount |
|---|---|---|---|---|
| **Real Property** | | | | |
| Non-Primary Residence | $296,333.00 | $257,852.44 | $38,480.56 | $38,480.56 |
| 221 Butternut Glen Holly Lake Ranch, TX 75765 | | | | |
| Timeshare | $22,000.00 | $19,693.47 | $2,306.53 | $2,306.53 |
| 1851 Community Drive Orlando, FL 32830 | | | | |
| **Personal Property** | | | | |
| Liberty Federal Credit Union | $39.97 | $0.00 | $39.97 | $39.97 |
| Checking account | | | | |
| Acct. No.: 9097 | | | | |
| Liberty Federal Credit Union | $8.25 | $0.00 | $8.25 | $8.25 |
| Checking account | | | | |
| Acct. No.: 5769 | | | | |
| USAA Federal Savings Bank | $529.63 | $0.00 | $529.63 | $529.63 |
| Checking account | | | | |
| Acct. No.: 1567 | | | | |
| USAA Federal Savings Bank | $5.12 | $0.00 | $5.12 | $5.12 |
| Savings account | | | | |
| Acct. No.: 1575 | | | | |
| PenFed Credit Union | $20.02 | $0.00 | $20.02 | $20.02 |
| Savings account | | | | |
| Acct. No.: 3019 | | | | |
| Constellations Enterprises LLC | $398.07 | $0.00 | $398.07 | $398.07 |
| Chord Technologies LLC | $2.58 | $0.00 | $2.58 | $2.58 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:  **Bergeron, Kenneth William**                                CASE NO

**Bergeron, Cori Laverne**                                CHAPTER **7**

### SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet #4*

**Non-exempt Property by Item:**

The following property, or a portion thereof, is non-exempt.

| Property Description | Market Value | Lien | Equity | Non-Exempt Amount |
|---|---|---|---|---|
| Constellation Holdings LLC | $20.79 | $0.00 | $20.79 | $20.79 |
| Chiron Technologies LLC | $262.25 | $0.00 | $262.25 | $262.25 |
| Water filtration equipment | $3,500.00 | $0.00 | $3,500.00 | $3,500.00 |
| USAA Federal Savings Bank<br>Checking account<br>Acct. No.: 1309 | $8.00 | $0.00 | $8.00 | $8.00 |
| **TOTALS:** | **$1,272,461.80** | **$1,242,485.95** | **$58,637.89** | **$45,581.77** |

| Summary | |
|---|---|
| A. Gross Property Value (not including surrendered property) | **$1,272,461.80** |
| B. Gross Property Value of Surrendered Property | **$0.00** |
| C. Total Gross Property Value (A+B) | **$1,272,461.80** |
| D. Gross Amount of Encumbrances (not including surrendered property) | **$1,242,485.95** |
| E. Gross Amount of Encumbrances on Surrendered Property | **$0.00** |
| F. Total Gross Encumbrances (D+E) | **$1,242,485.95** |
| G. Total Equity (not including surrendered property) / (A-D) | **$58,637.89** |
| H. Total Equity in surrendered items (B-E) | **$0.00** |
| I. Total Equity (C-F) | **$58,637.89** |
| J. Total Exemptions Claimed | **$13,056.12** |
| K. Total Non-Exempt Property Remaining (G-J) | **$45,581.77** |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Kenneth** First Name | **William** Middle Name | **Bergeron** Last Name |
| Debtor 2 (Spouse, if filing) | **Cori** First Name | **Laverne** Middle Name | **Bergeron** Last Name |

United States Bankruptcy Court for the: **Northern** District of **Texas**

Case number (if known) _____

❑ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

1.  **Do any creditors have claims secured by your property?**

   ❑ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List All Secured Claims |
|---|---|

2.  **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|

**2.1**

| **Ally Financial** Creditor's Name | Describe the property that secures the claim: | $15,747.00 | $12,965.00 | $2,782.00 |
|---|---|---|---|---|

**PO Box 380902**
Number      Street

| **2022 Chevrolet Trax** |
|---|
| **Valuation by NADA** |

**Bloomington, MN 55438**
City            State        ZIP Code

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Who owes the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

❑ An agreement you made (such as mortgage or secured car loan)
❑ Statutory lien (such as tax lien, mechanic's lien)
❑ Judgment lien from a lawsuit
❑ Other (including a right to offset) _____

**Date debt was incurred** **03/2023**   **Last 4 digits of account number** **1 0 1 4**

Add the dollar value of your entries in Column A on this page. Write that number here: | **$15,747.00** |

| Debtor 1 | **Kenneth** | **William** | **Bergeron** | Case number *(if known)* |
|---|---|---|---|---|
| Debtor 2 | **Cori** | **Laverne** | **Bergeron** | |
| | First Name | Middle Name | Last Name | |

| Part 1: | Additional Page | Column A | Column B | Column C |
|---|---|---|---|---|
| | **After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.** | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |

**2.2**

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| **AmeriHome Mortgage** | Describe the property that secures the claim: | **$257,852.44** | **$296,333.00** | **$0.00** |

Creditor's Name

**PO Box 100081**

Number     Street

> **Non-Primary Residence**
> **221 Butternut Glen Holly Lake Ranch, TX 75765**

**Duluth, GA 30096**

City     State     ZIP Code

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Who owes the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ **Check if this claim relates to a community debt**

**Date debt was incurred**   **09/2023**

**Nature of lien.** Check all that apply.

❑ An agreement you made (such as mortgage or secured car loan)
❑ Statutory lien (such as tax lien, mechanic's lien)
❑ Judgment lien from a lawsuit
❑ Other (including a right to offset) _____

**Last 4 digits of account number**   **6  6  6  3**

**2.3**

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| **Disney Vacation Development LLC** | Describe the property that secures the claim: | **$19,693.47** | **$22,000.00** | **$0.00** |

Creditor's Name

**215 Celebration Place**

Number     Street

> **Timeshare**
> **1851 Community Drive Orlando, FL 32830**

**Celebration, FL 34747**

City     State     ZIP Code

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Who owes the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ **Check if this claim relates to a community debt**

**Date debt was incurred**   **03/2020**

**Nature of lien.** Check all that apply.

❑ An agreement you made (such as mortgage or secured car loan)
❑ Statutory lien (such as tax lien, mechanic's lien)
❑ Judgment lien from a lawsuit
❑ Other (including a right to offset) _____

**Last 4 digits of account number**   **3  7  2**

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$277,545.91** |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | |

Official Form 106D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page **2** of **4**

| Debtor 1 | **Kenneth** | **William** | **Bergeron** | Case number *(if known)* |
|---|---|---|---|---|
| Debtor 2 | **Cori** | **Laverne** | **Bergeron** | |
| | First Name | Middle Name | Last Name | |

| Part 1: | Additional Page | Column A | Column B | Column C |
|---|---|---|---|---|
| | **After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.** | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |

### 2.4 Ford Credit

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| **Ford Credit** | Describe the property that secures the claim: | **$52,072.62** | **$44,563.00** | **$7,509.62** |

Creditor's Name

**PO Box 35911**
Number        Street

**2024 Ford Bronco**
Valuation by NADA

**Cleveland, OH 44135**
City        State        ZIP Code

**As of the date you file, the claim is:** Check all that apply.
- ❏ Contingent
- ❏ Unliquidated
- ❏ Disputed

**Who owes the debt?** Check one.
- ❏ Debtor 1 only
- ❏ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ❏ At least one of the debtors and another
- ❏ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ❏ An agreement you made (such as mortgage or secured car loan)
- ❏ Statutory lien (such as tax lien, mechanic's lien)
- ❏ Judgment lien from a lawsuit
- ❏ Other (including a right to offset) _____

Date debt was incurred **11/2024**        Last 4 digits of account number **8 2 5 3**

### 2.5 Mr. Cooper / Nationstar

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| **Mr. Cooper / Nationstar** | Describe the property that secures the claim: | **$897,120.42** | **$878,750.00** | **$18,370.42** |

Creditor's Name

**8950 Cypress Waters Blvd**
Number        Street

**Home**
15330 Sam Reynolds Rd Justin, TX 76247

**Coppell, TX 75019**
City        State        ZIP Code

**As of the date you file, the claim is:** Check all that apply.
- ❏ Contingent
- ❏ Unliquidated
- ❏ Disputed

**Who owes the debt?** Check one.
- ❏ Debtor 1 only
- ❏ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ❏ At least one of the debtors and another
- ❏ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ❏ An agreement you made (such as mortgage or secured car loan)
- ❏ Statutory lien (such as tax lien, mechanic's lien)
- ❏ Judgment lien from a lawsuit
- ❏ Other (including a right to offset) _____

Date debt was incurred **07/2024**        Last 4 digits of account number **5 8 7 0**

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$949,193.04** |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$1,242,485.95** |

| Debtor 1 | **Kenneth** | **William** | **Bergeron** | | Case number *(if known)* |
|---|---|---|---|---|---|
| Debtor 2 | **Cori** | **Laverne** | **Bergeron** | | |
| | First Name | Middle Name | Last Name | | |

| Part 2: | List Others to Be Notified for a Debt That You Already Listed |
|---|---|

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

1.
**AmeriHome Mortgage**
Name

**PO Box 10826**
Number          Street


**Greenville, SC 29603**
City                    State          ZIP Code

**On which line in Part 1 did you enter the creditor?** **2.2**

**Last 4 digits of account number**     __ __  __ __  __ __  __ __

---

Official Form 106D          Part 2 of **Schedule D: Creditors Who Have Claims Secured by Property**          page **4** of **4**

Fill in this information to identify your case:

| Debtor 1 | **Kenneth** | **William** | **Bergeron** | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| Debtor 2 | **Cori** | **Laverne** | **Bergeron** | |
|---|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name | |

United States Bankruptcy Court for the: _____**Northern**_____ District of _____**Texas**_____

Case number
(if known)

❑ Check if this is an
amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on** *Schedule A/B:* **Property (Official Form 106A/B) and on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 106G). Do not include any creditors with partially secured claims that are listed in** *Schedule D: Creditors Who Have Claims Secured by Property***. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).**

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims against you?**

   ☑ No. Go to Part 2.

   ❑ Yes.

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

3. **Do any creditors have nonpriority unsecured claims against you?**

   ❑ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ☑ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | **Total claim** |
|---|---|

| 4.1 | **Ally Financial** | Last 4 digits of account number  **2   5   1   6** | **$60,013.16** |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 380901**

Number          Street

When was the debt incurred?          **02/2025**

**Bloomington, MN 55438**

City          State          ZIP Code

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent

❑ Unliquidated

❑ Disputed

**Who incurred the debt?** Check one.

❑ Debtor 1 only

❑ Debtor 2 only

❑ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

❑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

❑ Student loans

❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

❑ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **Vehicle surrendered (F-250)**

**Is the claim subject to offset?**

☑ No

❑ Yes

| Debtor 1 | **Kenneth** | **William** | **Bergeron** | Case number *(if known)* _____ |
|---|---|---|---|---|

| Debtor 2 | **Cori** | **Laverne** | **Bergeron** | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Part 2:   Your NONPRIORITY Unsecured Claims — Continuation Page

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.2** **Ally Financial**
Nonpriority Creditor's Name

**PO Box 380902**
Number          Street

**Bloomington, MN 55438**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **1   0   5   4**

**When was the debt incurred?**          **03/2023**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Vehicle surrendered (Chevrolet Silverado)**

**$27,769.22**

**4.3** **Aqua Finance, Inc.**
Nonpriority Creditor's Name

**PO Box 1143**
Number          Street

**Wausau, WI 54402**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Other Debt**

**$7,112.02**

| Debtor 1 | **Kenneth** | **William** | **Bergeron** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Cori** | **Laverne** | **Bergeron** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

---

**4.4** **BHG / County Bank**

Nonpriority Creditor's Name

**19927 Shuttle Road**

Number          Street

_____

**Rehoboth Beach, DE 19971**

City          State          ZIP Code

**Who incurred the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❑ Yes

**Last 4 digits of account number**   **9   3   6**

**When was the debt incurred?**          **10/2021**

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Other Debt**

**Total claim: $26,643.94**

---

**4.5** **BHG / Pinnacle Bank**

Nonpriority Creditor's Name

**150 Third Avenue South, Suite 900**

Number          Street

_____

**Nashville, TN 37201**

City          State          ZIP Code

**Who incurred the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❑ Yes

**Last 4 digits of account number**   **4   9   2   5**

**When was the debt incurred?**          **05/2023**

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Lawsuit**

**Total claim: $81,650.52**

---

| Debtor 1 | **Kenneth** | **William** | **Bergeron** | Case number *(if known)* |
| Debtor 2 | **Cori** | **Laverne** | **Bergeron** | |
| | First Name | Middle Name | Last Name | |

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | | Total claim |

**4.6** **Bluegreen Vacations**

Nonpriority Creditor's Name

**PO Box 4164**

Number          Street

**Boston, MA 02211**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**  **6  6  4  2**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Timeshare**

**$14,840.00**

**4.7** **BMO Bank**

Nonpriority Creditor's Name

**PO Box 6201**

Number          Street

**carol stream, IL 60197**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**  **4  7  5  8**

**When was the debt incurred?**  **12/2021**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Vehicle Repossessed (Tesla)**

**$29,395.51**

| Debtor 1 | **Kenneth** | **William** | **Bergeron** | Case number *(if known)* _____ |
|---|---|---|---|---|

| Debtor 2 | **Cori** | **Laverne** | **Bergeron** | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.**                    **Total claim**

### 4.8  BSW Surgical Hospital Trophy Club

Nonpriority Creditor's Name

**2850 Tx-114**

Number          Street

**Trophy Club, TX 76262**

City          State          ZIP Code

**Who incurred the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❑ Yes

**Last 4 digits of account number**   **1  9  3  8**

**When was the debt incurred?**        **04/2025**

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Medical Debt**

**$3,958.44**

### 4.9  Capital One

Nonpriority Creditor's Name

**PO Box 30285**

Number          Street

**Salt Lake City, UT 84130**

City          State          ZIP Code

**Who incurred the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❑ Yes

**Last 4 digits of account number**   **7  2  4  2**

**When was the debt incurred?**        **11/2024**

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Credit card purchases**

**$5,121.18**

| | | |
|---|---|---|
| Debtor 1 | **Kenneth**      **William**      **Bergeron** | Case number *(if known)* _____ |
| Debtor 2 | **Cori**         **Laverne**        **Bergeron** | |
| | First Name      Middle Name      Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                                    **Total claim**

### 4.10  Capital One - Business Card
Nonpriority Creditor's Name

**PO Box 71083**

Number          Street

**Charlotte, NC 28272**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**Last 4 digits of account number**   **7   8   3   4**        $4,712.42

**When was the debt incurred?**          **05/2019**

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit card purchases**

### 4.11  Cavalry Portfolio Services
Nonpriority Creditor's Name

**PO Box 27288**

Number          Street

**Tempe, AZ 85285**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**Last 4 digits of account number**   **4   8   2   6**        $6,593.61

**When was the debt incurred?**          **10/2021**

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Collection Account**

| Debtor 1 | **Kenneth** | **William** | **Bergeron** | Case number *(if known)* |
|---|---|---|---|---|
| Debtor 2 | **Cori** | **Laverne** | **Bergeron** | |
| | First Name | Middle Name | Last Name | |

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.12**

**Chase Business**

Nonpriority Creditor's Name

**PO Box 15123**

Number          Street

**Wilmington, DE 19850**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**  **8  1  7  4**

**When was the debt incurred?**          **02/2023**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Credit card purchases**

**$17,697.46**

**4.13**

**Chase Disney Rewards Visa**

Nonpriority Creditor's Name

**Po Box 15123**

Number          Street

**Wilmington, DE 19850**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**  **2  8  0  5**

**When was the debt incurred?**          **10/2021**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Credit card purchases**

**$21,513.81**

| Debtor 1 | **Kenneth** | **William** | **Bergeron** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Cori** | **Laverne** | **Bergeron** | |
| | First Name | Middle Name | Last Name | |

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.14** **Citi**

Nonpriority Creditor's Name

**PO Box 790110**

Number          Street

_____

**St Louis, MO 63179**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **9  0  7  9**          **$14,321.43**

**When was the debt incurred?**          **11/2024**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Loan**

---

**4.15** **Citi Advantage Business loan**

Nonpriority Creditor's Name

**PO Box 790046**

Number          Street

_____

**St. Louis, MO 63179**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **7  6  2  4**          **$18,904.83**

**When was the debt incurred?**          **07/2022**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Credit card purchases**

---

| Debtor 1 | **Kenneth** | **William** | **Bergeron** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Cori** | **Laverne** | **Bergeron** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.16  Citi Card Credit Cards**
Nonpriority Creditor's Name

**PO Box 6500**

Number          Street

**Sioux Falls, SD 57117**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ❏ Debtor 1 only
- ❏ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ❏ At least one of the debtors and another
- ❏ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❏ Yes

**Last 4 digits of account number**   **2  3  2  6**

**When was the debt incurred?**   **03/2021**

**As of the date you file, the claim is:** Check all that apply.
- ❏ Contingent
- ❏ Unliquidated
- ❏ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❏ Student loans
- ❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❏ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Credit card purchases**

**Total claim: $35,727.62**

**4.17  Comenity Bank/Talbots**
Nonpriority Creditor's Name

**PO Box 182789**

Number          Street

**Columbus, OH 43218**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ❏ Debtor 1 only
- ❏ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ❏ At least one of the debtors and another
- ❏ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❏ Yes

**Last 4 digits of account number**   **4  4  8  2**

**When was the debt incurred?**   **05/2022**

**As of the date you file, the claim is:** Check all that apply.
- ❏ Contingent
- ❏ Unliquidated
- ❏ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❏ Student loans
- ❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❏ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Credit card purchases**

**Total claim: $0.00**

| Debtor 1 | **Kenneth** | **William** | **Bergeron** | Case number *(if known)* _____ |
|---|---|---|---|---|

| Debtor 2 | **Cori** | **Laverne** | **Bergeron** | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

**Part 2:**    **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. **Total claim**

**4.18**  **Comenity Bank/Ulta**

Nonpriority Creditor's Name

**PO Box 183043**

Number          Street


**Columbus, OH 43218**

City          State          ZIP Code

**Who incurred the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❑ Yes

**Last 4 digits of account number**    **4   5   3   8**

**When was the debt incurred?**       **08/2021**


**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Credit card purchases**

**$8,293.62**

---

**4.19**  **Cornerstone**

Nonpriority Creditor's Name

**PO Box 82561**

Number          Street


**Lincoln, NE 68501**

City          State          ZIP Code

**Who incurred the debt?** Check one.

❑ Debtor 1 only
☑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❑ Yes

**Last 4 digits of account number**    **7   4   3   6**

**When was the debt incurred?**       **5/1/2012**


**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**

☑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
❑ Other. Specify  _____

**$43,515.00**

---

Official Form 106E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          page **10** of **37**

| Debtor 1 | **Kenneth** | **William** | **Bergeron** | Case number *(if known)* |
|---|---|---|---|---|
| Debtor 2 | **Cori** | **Laverne** | **Bergeron** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.20** **Cornerstone**
Nonpriority Creditor's Name

**PO Box 82561**
Number          Street

**Lincoln, NE 68501**
City          State          ZIP Code

**Who incurred the debt?** Check one.
❑ Debtor 1 only
☑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
❑ Yes

**Last 4 digits of account number**   **6   6   3   6**

**When was the debt incurred?**          **8/1/2011**

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**
☑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
❑ Other. Specify _____

**$38,863.00**

**4.21** **Cornerstone**
Nonpriority Creditor's Name

**PO Box 82561**
Number          Street

**Lincoln, NE 68501**
City          State          ZIP Code

**Who incurred the debt?** Check one.
❑ Debtor 1 only
☑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
❑ Yes

**Last 4 digits of account number**   **6   3   2   7**

**When was the debt incurred?**          **8/1/2023**

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**
☑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
❑ Other. Specify _____

**$29,686.00**

| Debtor 1 | **Kenneth** | **William** | **Bergeron** | Case number *(if known)* |
|---|---|---|---|---|
| Debtor 2 | **Cori** | **Laverne** | **Bergeron** | |
| | First Name | Middle Name | Last Name | |

| Part 2: | Your NONPRIORITY Unsecured Claims – Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim

**4.22** **Cornerstone**

Nonpriority Creditor's Name

**PO Box 82561**

Number        Street

**Lincoln, NE 68501**

City        State        ZIP Code

**Who incurred the debt?** Check one.

❑ Debtor 1 only
☑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❑ Yes

**Last 4 digits of account number** **1 1 2 7**

**When was the debt incurred?** **8/1/2021**

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**

☑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
❑ Other. Specify _____

**$28,920.00**

**4.23** **Cornerstone**

Nonpriority Creditor's Name

**PO Box 82561**

Number        Street

**Lincoln, NE 68501**

City        State        ZIP Code

**Who incurred the debt?** Check one.

❑ Debtor 1 only
☑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❑ Yes

**Last 4 digits of account number** **7 1 2 7**

**When was the debt incurred?** **8/1/2024**

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**

☑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
❑ Other. Specify _____

**$28,060.00**

| | | | |
|---|---|---|---|
| Debtor 1 | **Kenneth** | **William** | **Bergeron** |

Case number *(if known)* _____

| | | | |
|---|---|---|---|
| Debtor 2 | **Cori** | **Laverne** | **Bergeron** |

First Name        Middle Name        Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.24** **Cornerstone**
Nonpriority Creditor's Name
**PO Box 82561**
Number          Street

**Lincoln, NE 68501**
City          State          ZIP Code

**Who incurred the debt?** Check one.
❑ Debtor 1 only
☑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
❑ Yes

**Last 4 digits of account number**   **6   5   3   6**

**When was the debt incurred?**          **8/1/2011**

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**
☑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
❑ Other. Specify _____

**$25,165.00**

---

**4.25** **Cornerstone**
Nonpriority Creditor's Name
**PO Box 82561**
Number          Street

**Lincoln, NE 68501**
City          State          ZIP Code

**Who incurred the debt?** Check one.
❑ Debtor 1 only
☑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
❑ Yes

**Last 4 digits of account number**   **0   1   2   7**

**When was the debt incurred?**          **8/1/2022**

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**
☑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
❑ Other. Specify _____

**$23,765.00**

---

| Debtor 1 | **Kenneth** | **William** | **Bergeron** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Cori** | **Laverne** | **Bergeron** | |
| | First Name | Middle Name | Last Name | |

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.      **Total claim**

---

**4.26**  **Cornerstone**
Nonpriority Creditor's Name
**PO Box 82561**
Number        Street

**Lincoln, NE 68501**
City        State        ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **7  3  3  6**          **$14,125.00**

**When was the debt incurred?**   **5/1/2012**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

**4.27**  **Cornerstone**
Nonpriority Creditor's Name
**PO Box 82561**
Number        Street

**Lincoln, NE 68501**
City        State        ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **7  5  3  6**          **$8,958.00**

**When was the debt incurred?**   **5/1/2012**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

Official Form 106E/F        **Schedule E/F: Creditors Who Have Unsecured Claims**        page **14** of **37**

Case 26-41389-elm7 Doc 1 Filed 03/30/26 Entered 03/30/26 17:55:17 Desc Main
Document Page 50 of 114

| Debtor 1 | **Kenneth** | **William** | **Bergeron** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| Debtor 2 | **Cori** | **Laverne** | **Bergeron** | | |
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.28**

**Credit One Bank**
Nonpriority Creditor's Name

**PO Box 60500**
Number        Street

_____

**City of Industry, CA 91716**
City        State        ZIP Code

**Who incurred the debt?** Check one.
- ❏ Debtor 1 only
- ❏ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ❏ At least one of the debtors and another
- ❏ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❏ Yes

**Last 4 digits of account number** 3 2 8 3

**When was the debt incurred?** 01/2018

**As of the date you file, the claim is:** Check all that apply.
- ❏ Contingent
- ❏ Unliquidated
- ❏ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❏ Student loans
- ❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❏ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Credit card purchases**

**$1,344.32**

**4.29**

**Department Of Education - Mohela**
Nonpriority Creditor's Name

**PO Box 790453**
Number        Street

_____

**St Louis, MO 63179**
City        State        ZIP Code

**Who incurred the debt?** Check one.
- ❏ Debtor 1 only
- ❏ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ❏ At least one of the debtors and another
- ❏ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❏ Yes

**Last 4 digits of account number** 8 7 6 5

**When was the debt incurred?** 07/2019

**As of the date you file, the claim is:** Check all that apply.
- ❏ Contingent
- ❏ Unliquidated
- ❏ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☑ Student loans
- ❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❏ Debts to pension or profit-sharing plans, and other similar debts
- ❏ Other. Specify _____

**$244,593.03**

Official Form 106E/F        **Schedule E/F: Creditors Who Have Unsecured Claims**        page **15** of **37**

| Debtor 1 | **Kenneth** | **William** | **Bergeron** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Cori** | **Laverne** | **Bergeron** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.30**

**Enterprise**
Nonpriority Creditor's Name

**PO Box 843369**
Number          Street

**Kansas City, MO 64184**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **5   6   1**

**When was the debt incurred?**       **03/2024**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Other Debt**

**$400.00**

**4.31**

**Fifth Third Bank**
Nonpriority Creditor's Name

**PO Box 630778**
Number          Street

**Cincinnati, OH 45263**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **1   0   8   8**

**When was the debt incurred?**       **11/2023**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Voluntary Surrendered (2016 Highland Ridge RV Mesa Ridge)**

**$23,356.47**

| Debtor 1 | **Kenneth** | **William** | **Bergeron** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Cori** | **Laverne** | **Bergeron** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.32** **Fora Financial Advance LLC**
Nonpriority Creditor's Name

**1385 Broadway, 15th Floor**
Number          Street

**New York, NY 10018**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **6  6  9  2**

**When was the debt incurred?**          **04/2025**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Lawsuit**

**$29,471.47**

**4.33** **Goldman Sachs Bank USA**
Nonpriority Creditor's Name

**200 West Street**
Number          Street

**New York, NY 10282**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **7  6  8  5**

**When was the debt incurred?**          **9/1/2020**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **CreditCard**

**$18,047.85**

| Debtor 1 | **Kenneth** | **William** | **Bergeron** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Cori** | **Laverne** | **Bergeron** | |
| | First Name | Middle Name | Last Name | |

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.34**

**Goldman Sachs Bank USA, Salt Lake City Branch, Lockbox 6112**
Nonpriority Creditor's Name

**PO Box 7247**
Number          Street

**Philadelphia, PA 19170**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ❏ Debtor 1 only
- ❏ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ❏ At least one of the debtors and another
- ❏ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❏ Yes

**Last 4 digits of account number**   7   6   3

**When was the debt incurred?**   12/2024

**As of the date you file, the claim is:** Check all that apply.
- ❏ Contingent
- ❏ Unliquidated
- ❏ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❏ Student loans
- ❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❏ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit card purchases**

**$15,839.18**

---

**4.35**

**Green Country Bookkeeping, LLC**
Nonpriority Creditor's Name

**1300 Shropshire Ct.**
Number          Street

**Keller, TX 76248**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ❏ Debtor 1 only
- ❏ Debtor 2 only
- ❏ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❏ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❏ Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**   05/05/2025

**As of the date you file, the claim is:** Check all that apply.
- ❏ Contingent
- ❏ Unliquidated
- ❏ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❏ Student loans
- ❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❏ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Other Debt**

**$400.00**

---

| Debtor 1 | **Kenneth** | **William** | **Bergeron** | Case number *(if known)* |
|---|---|---|---|---|
| Debtor 2 | **Cori** | **Laverne** | **Bergeron** | |
| | First Name | Middle Name | Last Name | |

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.36** **Headway Capital**

Nonpriority Creditor's Name

**4700 W Daybreak Pkwy, Suite 200**

Number          Street

**South Jordan, UT 84009**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **5   1   6   6**          **$18,200.00**

**When was the debt incurred?**          **04/2025**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Cash Advances**

**4.37** **Holly Lake Ranch Association**

Nonpriority Creditor's Name

**220 Holly Lodge Circle**

Number          Street

**Holly Lake Ranch, TX 75765**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **2   1   9   0**          **$1,301.52**

**When was the debt incurred?**          **09/2023**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Other Debt**

| Debtor 1 | **Kenneth** | **William** | **Bergeron** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Cori** | **Laverne** | **Bergeron** | |
| | First Name | Middle Name | Last Name | |

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.           **Total claim**

### 4.38 Integrity Solutions Group

Nonpriority Creditor's Name

**4801 Lang N.E.**

Number          Street

**Albuquerque, NM 87109**

City          State          ZIP Code

**Total claim: $11,000.00**

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Other Debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

### 4.39 Leaf Capital Funding LLC

Nonpriority Creditor's Name

**2005 Market Street, 14th Floor**

Number          Street

**Philadelphia, PA 19103**

City          State          ZIP Code

**Total claim: $18,453.69**

**Last 4 digits of account number** 0 0 1

**When was the debt incurred?** 03/2023

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Official Form 106E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          page **20** of **37**

| Debtor 1 | **Kenneth** | **William** | **Bergeron** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Cori** | **Laverne** | **Bergeron** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.40** **Lightstream**

Nonpriority Creditor's Name

**PO Box 117320**

Number          Street

_____

**Atlanta, GA 30368**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** **3 4 2 1**

**When was the debt incurred?** **06/2021**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Other Debt**

**$9,613.83**

**4.41** **Likety Capital LLC**

Nonpriority Creditor's Name

**6320 Canoga Ave, #1460**

Number          Street

_____

**Woodland Hills, CA 91367**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** **05/2025**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Cash Advances**

**$51,900.00**

| | |
|---|---|
| Debtor 1 | **Kenneth       William       Bergeron** |
| Debtor 2 | **Cori        Laverne        Bergeron** |
| | First Name       Middle Name       Last Name |

Case number *(if known)* _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.42**

**Macy's/Citi**
Nonpriority Creditor's Name

**PO Box 6776**
Number          Street

**Sioux Falls, SD 57117**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

Last 4 digits of account number    **1   7   9   6**

**When was the debt incurred?**          **10/2023**

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit card purchases**

**$0.00**

**4.43**

**Marriott Ownership Resorts Inc**
Nonpriority Creditor's Name

**7812 Palm Parkway**
Number          Street

**Orlando, FL 32836**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

Last 4 digits of account number    **9   4   2   2**

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Timeshare**

**$83,343.09**

| Debtor 1 | **Kenneth** | **William** | **Bergeron** | Case number *(if known)* _____ |
|---|---|---|---|---|

| Debtor 2 | **Cori** | **Laverne** | **Bergeron** | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

**4.44**

**Neighborly**
Nonpriority Creditor's Name

**1020 N University Parks Dr**
Number          Street

**Waco, TX 76707**
City          State          ZIP Code

**Who incurred the debt?** Check one.
❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
❑ Yes

Last 4 digits of account number   **6   3   2**

**When was the debt incurred?**          **03/2023**

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**
❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Other Debt**

**$105,910.46**

**4.45**

**Nelnet**
Nonpriority Creditor's Name

**PO Box 82505**
Number          Street

**Lincoln, NE 68501**
City          State          ZIP Code

**Who incurred the debt?** Check one.
❑ Debtor 1 only
❑ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
❑ Yes

Last 4 digits of account number   **9   0   3   3**

**When was the debt incurred?**          **08/2011**

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**
☑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
❑ Other. Specify   _____

**$232,714.94**

| Debtor 1 | **Kenneth** | **William** | **Bergeron** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Cori** | **Laverne** | **Bergeron** | |
| | First Name | Middle Name | Last Name | |

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.46 Nelnet**
Nonpriority Creditor's Name

**Attn: Claims**

**PO Box 82505**
Number          Street

**Lincoln, NE 68501-2505**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **0   0   0   5**

**When was the debt incurred?**     **2/4/2020**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☑ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify _____

**$19,725.00**

**4.47 Nelnet**
Nonpriority Creditor's Name

**Attn: Claims**

**PO Box 82505**
Number          Street

**Lincoln, NE 68501-2505**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **0   0   0   2**

**When was the debt incurred?**     **7/19/2019**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☑ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify _____

**$10,900.00**

| Debtor 1 | **Kenneth** | **William** | **Bergeron** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| Debtor 2 | **Cori** | **Laverne** | **Bergeron** | | |
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.48  North Texas Tollway Authority**

Nonpriority Creditor's Name

**PO Box 660244**

Number          Street

**Dallas, TX 75266**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number    9  0  9  2**

**When was the debt incurred?    05/2025**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Collection Account**

**$619.58**

---

**4.49  Rise Alliance**

Nonpriority Creditor's Name

**22w 38th Street**

Number          Street

**New York, NY 10018**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number  ___ ___ ___ ___**

**When was the debt incurred?    06/2025**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Other Debt**

**$26,610.77**

| Debtor 1 | **Kenneth** | **William** | **Bergeron** | Case number *(if known)* |
|---|---|---|---|---|
| Debtor 2 | **Cori** | **Laverne** | **Bergeron** | |
| | First Name | Middle Name | Last Name | |

<table>
<tr><td colspan="2">**Part 2:**</td><td colspan="2">**Your NONPRIORITY Unsecured Claims — Continuation Page**</td></tr>
</table>

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.50** **Sallie Mae**

Nonpriority Creditor's Name

**PO Box 3319**

Number        Street

**Wilmington, DE 19804**

City        State        ZIP Code

**Who incurred the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❑ Yes

Last 4 digits of account number   **3   0   8   6**

**When was the debt incurred?**        **08/2023**

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**

☑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
❑ Other. Specify _____

**$27,117.37**

**4.51** **Sallie Mae**

Nonpriority Creditor's Name

**PO Box 3319**

Number        Street

**Wilmington, DE 19804**

City        State        ZIP Code

**Who incurred the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❑ Yes

Last 4 digits of account number   **4   0   4   7**

**When was the debt incurred?**        **08/2024**

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**

☑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
❑ Other. Specify _____

**$28,194.56**

| Debtor 1 | **Kenneth** | **William** | **Bergeron** | Case number *(if known)* |
|---|---|---|---|---|
| Debtor 2 | **Cori** | **Laverne** | **Bergeron** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.52**

**Sallie Mae**
Nonpriority Creditor's Name

**PO Box 3319**
Number          Street

_____

**Wilmington, DE 19804**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**     **3  4  7  2**

**When was the debt incurred?**          **06/2024**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☑ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify _____

**$12,842.40**

---

**4.53**

**Sallie Mae**
Nonpriority Creditor's Name

**PO Box 3319**
Number          Street

_____

**Wilmington, DE 19804**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**     **3  0  9  7**

**When was the debt incurred?**          **08/2022**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☑ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify _____

**$26,727.68**

| Debtor 1 | **Kenneth** | **William** | **Bergeron** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Cori** | **Laverne** | **Bergeron** | |
| | First Name | Middle Name | Last Name | |

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

### 4.54 Sallie Mae

Nonpriority Creditor's Name

**PO Box 3319**

Number          Street

**Wilmington, DE 19804**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ❑ Yes

**Last 4 digits of account number**   3  2  3  5

**When was the debt incurred?**   08/2024

**As of the date you file, the claim is:** Check all that apply.

- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ❑ Other. Specify _____

**Total claim: $26,714.91**

### 4.55 Sallie Mae

Nonpriority Creditor's Name

**PO Box 3319**

Number          Street

**Wilmington, DE 19804**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ❑ Yes

**Last 4 digits of account number**   2  9  8  3

**When was the debt incurred?**   01/2017

**As of the date you file, the claim is:** Check all that apply.

- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ❑ Other. Specify _____

**Total claim: $670.04**

| Debtor 1 | Kenneth | William | Bergeron | Case number *(if known)* _____ |
|----------|---------|---------|----------|------|
| Debtor 2 | Cori | Laverne | Bergeron | |
| | First Name | Middle Name | Last Name | |

| Part 2: | Your NONPRIORITY Unsecured Claims ─ Continuation Page |
|---------|-------------------------------------------------------|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.56**

**Siteone Landscape Supply**
Nonpriority Creditor's Name

**300 Colonial Center Pkwy, Suite 550**
Number          Street

_____

**Roswell, GA 30076**
City          State          ZIP Code

**Who incurred the debt?** Check one.
❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
❑ Yes

Last 4 digits of account number   **4   4   5   3**

**When was the debt incurred?**          **05/2025**

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**
❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Other Debt**

**$1,161.54**

---

**4.57**

**SYNCB/Care Credit**
Nonpriority Creditor's Name

**PO Box 965061**
Number          Street

_____

**Orlando, FL 32896**
City          State          ZIP Code

**Who incurred the debt?** Check one.
❑ Debtor 1 only
❑ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
❑ Yes

Last 4 digits of account number   **7   7   8   6**

**When was the debt incurred?**          **11/2021**

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**
❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit card purchases**

**$0.00**

| | | | |
|---|---|---|---|
| Debtor 1 | **Kenneth** | **William** | **Bergeron** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

| | | | |
|---|---|---|---|
| Debtor 2 | **Cori** | **Laverne** | **Bergeron** |
| | First Name | Middle Name | Last Name |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

---

**4.58  SYNCB/Care Credit**
Nonpriority Creditor's Name
**Attn: Bankruptcy**

**PO Box 965064**
Number          Street
**Orlando, FL 32896-5064**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **3   0   2   3**

**When was the debt incurred?**          **11/1/2021**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **CreditCard**

**$9,060.00**

---

**4.59  SYNCB/JC Penny**
Nonpriority Creditor's Name
**PO Box 965009**
Number          Street

**Orlando, FL 32896**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **1   0   0   7**

**When was the debt incurred?**          **09/2016**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit card purchases**

**$0.00**

---

| Debtor 1 | **Kenneth** | **William** | **Bergeron** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Cori** | **Laverne** | **Bergeron** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.60** **SYNCB/JC Penny**
Nonpriority Creditor's Name

**PO Box 965009**
Number          Street

_____

**Orlando, FL 32896**
City          State          ZIP Code

**Last 4 digits of account number**    **1**  **6**  **5**  **1**    **$0.00**

**When was the debt incurred?**          **02/2014**

**Who incurred the debt?** Check one.
❑ Debtor 1 only
❑ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**
❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit card purchases**

**Is the claim subject to offset?**
☑ No
❑ Yes

**4.61** **SYNCB/Sams Club**
Nonpriority Creditor's Name

**PO Box 965004**
Number          Street

_____

**Orlando, FL 32896**
City          State          ZIP Code

**Last 4 digits of account number**    **7**  **8**  **6**  **5**    **$3,599.05**

**When was the debt incurred?**          **12/2024**

**Who incurred the debt?** Check one.
❑ Debtor 1 only
❑ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**
❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit card purchases**

**Is the claim subject to offset?**
☑ No
❑ Yes

| Debtor 1 | **Kenneth** | **William** | **Bergeron** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Cori** | **Laverne** | **Bergeron** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.62** **Synchrony Bank/Amazon**
Nonpriority Creditor's Name

**PO Box 71711**
Number          Street

_____

**Philadelphia, PA 19176**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **8   3   4   6**

**When was the debt incurred?**        **09/2020**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit card purchases**

**$8,560.44**

---

**4.63** **The Hartford**
Nonpriority Creditor's Name

**301 Woods Park Drive**
Number          Street

_____

**Clinton, NY 13323**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **3   7   3   9**

**When was the debt incurred?**        **02/2022**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Other Debt**

**$5,091.71**

| Debtor 1 | **Kenneth** | **William** | **Bergeron** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Cori** | **Laverne** | **Bergeron** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.64**

**Timeshare Cures, LLC**
Nonpriority Creditor's Name

**607 State Hwy 165 Suite 8**
Number            Street

**Branson, MO 65616**
City            State            ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Other Debt**

**$3,600.00**

**4.65**

**Timeshare Legal Service**
Nonpriority Creditor's Name

**3027 West Hwy 76, Suite 225**
Number            Street

**Branson, MO 65616**
City            State            ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** n o n e

**When was the debt incurred?** **05/2025**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Other Debt**

**$15,990.00**

| Debtor 1 | **Kenneth** | **William** | **Bergeron** | Case number *(if known)* _____ |
|---|---|---|---|---|

| Debtor 2 | **Cori** | **Laverne** | **Bergeron** | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

### 4.66

**True Work Logistics, LLC**
Nonpriority Creditor's Name

**9234 Cypress Creek Pkwy**
Number          Street

**Houston, TX 77070**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **6  2  0  8**

**When was the debt incurred?**   **05/2025**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Other Debt**

**Total claim: $5,560.42**

### 4.67

**Truist Bank**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**214 North Tryon St**
Number          Street

**Charlotte, NC 28202**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **3  4  2  1**

**When was the debt incurred?**   **6/1/2021**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Unsecured**

**Total claim: $10,033.00**

| Debtor 1 | **Kenneth** | **William** | **Bergeron** | Case number *(if known)* |
|---|---|---|---|---|
| Debtor 2 | **Cori** | **Laverne** | **Bergeron** | |
| | First Name | Middle Name | Last Name | |

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

**4.68** **United Midwest Savings Bank**
Nonpriority Creditor's Name

**955 County Line Rd. W**
Number        Street

**Westerville, OH 43082**
City        State        ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **SBA Loan**

**Total claim: unknown**

**4.69** **Wex Bank**
Nonpriority Creditor's Name

**PO Box 639**
Number        Street

**Portland, ME 04104**
City        State        ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** 9 0 2 9

**When was the debt incurred?** 08/2023

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Credit card purchases**

**Total claim: $2,374.60**

| Debtor 1 | **Kenneth** | **William** | **Bergeron** | Case number *(if known)* |
|---|---|---|---|---|

| Debtor 2 | **Cori** | **Laverne** | **Bergeron** | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |
|---|---|

**5.** Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**1.** **Citi Card Consumer Credit Cards**
Name

**PO Box 6500**
Number        Street


**Sioux Falls, SD 57117**
City            State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.11** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**     **4   8   2   6**

---

Official Form 106E/F            **Schedule E/F: Creditors Who Have Unsecured Claims**            page **36** of **37**

| Debtor 1 | **Kenneth** | **William** | **Bergeron** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Cori** | **Laverne** | **Bergeron** | |
| | First Name | Middle Name | Last Name | |

---

**Part 4:**   **Add the Amounts for Each Type of Unsecured Claim**

6.   **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
**Add the amounts for each type of unsecured claim.**

| | | | | | Total claim |
|---|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | | $0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | | $0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | | $0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | + | $0.00 |
| | 6e. | **Total.** Add lines 6a through 6d. | 6e. | | $0.00 |

| | | | | | Total claim |
|---|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | | $871,256.93 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | | $0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | | $0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | + | $865,111.78 |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. | | $1,736,368.71 |

Fill in this information to identify your case:

| Debtor 1 | **Kenneth** | **William** | **Bergeron** | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| Debtor 2 | **Cori** | **Laverne** | **Bergeron** | |
|---|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name | |

United States Bankruptcy Court for the: **Northern** District of **Texas**

Case number
(if known)

❑ Check if this is an
amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**

   ❑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** **Aqua Finance** <br> Name <br> **PO Box 1143** <br> Number　　　Street <br> **Wausau, WI 54402** <br> City　　State　　ZIP Code | Contract to be ASSUMED. Debtors to pay according to the original contract. |
| **2.2** **Bluegreen Vacations** <br> Name <br> **PO Box 4164** <br> Number　　　Street <br> **Boston, MA 02211** <br> City　　State　　ZIP Code | Contract to be REJECTED |
| **2.3** **Disney Vacation Development LLC** <br> Name <br> **215 Celebration Place** <br> Number　　　Street <br> **Kissimmee, FL 34747** <br> City　　State　　ZIP Code | Contract to be ASSUMED. Debtors to pay according to the original contract. |
| **2.4** **Marriott Ownership Resorts Inc** <br> Name <br> **7812 Palm Parkway** <br> Number　　　Street <br> **Orlando, FL 32836** <br> City　　State　　ZIP Code | Contract to be REJECTED |

Official Form 106G　　　　　**Schedule G: Executory Contracts and Unexpired Leases**　　　　　page **1** of **1**

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Kenneth** | **William** | **Bergeron** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Cori** | **Laverne** | **Bergeron** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____**Northern**_____ District of _____**Texas**_____

Case number
(if known) _____

❑ Check if this is an
amended filing

Official Form 106H

# Schedule H: Your Codebtors                                    12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   - ❑ No
   - ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   - ❑ No. Go to line 3.
   - ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
      - ❑ No
      - ☑ Yes. In which community state or territory did you live? _____**Texas**_____. Fill in the name and current address of that person.

         **Bergeron, Cori Laverne**
         Name of your spouse, former spouse, or legal equivalent

         **15330 Sam Reynolds Rd**
         Number          Street

         **Justin, TX 76247**
         City                State            ZIP Code

      - ☑ Yes. In which community state or territory did you live? _____**Texas**_____. Fill in the name and current address of that person.

         **Bergeron, Kenneth William**
         Name of your spouse, former spouse, or legal equivalent

         **15330 Sam Reynolds Rd**
         Number          Street

         **Justin, TX 76247**
         City                State            ZIP Code

3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D*, *Schedule E/F*, or *Schedule G* to fill out Column 2.

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |
| **3.1**   **Chord Technologies LLC**<br>Name<br><br>**15330 Sam Reynolds Rd**<br>Number      Street<br><br>**Justin, TX 76247**<br>City      State      ZIP Code | ❑ Schedule D, line _____<br><br>☑ Schedule E/F, line **4.5, 4.10, 4.15**<br><br>❑ Schedule G, line _____ |

| Debtor 1 | **Kenneth** | **William** | **Bergeron** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Cori** | **Laverne** | **Bergeron** | |
| | First Name | Middle Name | Last Name | |

| | Additional Page to List More Codebtors |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

**3.2**

**Virgo Landscaping LLC**
Name

**15330 Sam Reynolds Rd**
Number                    Street

**Justin, TX 76247**
City                    State                    ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line
**4.1, 4.2, 4.12, 4.30, 4.32, 4.35, 4.36, 4.41, 4.44, 4.48, 4.49, 4.56, 4.63, 4.68, 4.69**

☐ Schedule G, line _____

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Kenneth** | **William** | **Bergeron** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Cori** | **Laverne** | **Bergeron** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Northern** District of **Texas**

Case number
(if known)

Check if this is:

❑ An amended filing

❑ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☑ Employed<br>❑ Not employed | ❑ Employed<br>☑ Not employed |
| Occupation | **Business owner** | **N/A** |
| Employer's name | **Self-employed** | |
| Employer's address | **15330 Sam Reynolds**<br>Number      Street | Number      Street |
| | **Justin, TX 76247**<br>City      State      ZIP Code | City      State      ZIP Code |
| How long employed there? | | |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $0.00 | $0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. + $0.00 | + $0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. $0.00 | $0.00 |

Official Form 106I                    **Schedule I: Your Income**                    page **1**

| | | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|
| | **Debtor 1** | Kenneth | William | Bergeron | Case number *(if known)* |
| | **Debtor 2** | Cori | Laverne | Bergeron | |
| | | First Name | Middle Name | Last Name | |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | **Copy line 4 here**..................................................➔ | 4. | $0.00 | $0.00 |
| 5. | **List all payroll deductions:** | | | |
| | 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $0.00 | $0.00 |
| | 5b. **Mandatory contributions for retirement plans** | 5b. | $0.00 | $0.00 |
| | 5c. **Voluntary contributions for retirement plans** | 5c. | $0.00 | $0.00 |
| | 5d. **Required repayments of retirement fund loans** | 5d. | $0.00 | $0.00 |
| | 5e. **Insurance** | 5e. | $0.00 | $0.00 |
| | 5f. **Domestic support obligations** | 5f. | $0.00 | $0.00 |
| | 5g. **Union dues** | 5g. | $0.00 | $0.00 |
| | 5h. **Other deductions.** Specify: ____ | 5h. **+** | $0.00 **+** | $0.00 |
| 6. | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $0.00 | $0.00 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $0.00 | $0.00 |
| 8. | **List all other income regularly received:** | | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $0.00 | $0.00 |
| | 8b. **Interest and dividends** | 8b. | $0.00 | $0.00 |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $0.00 | $0.00 |
| | 8d. **Unemployment compensation** | 8d. | $0.00 | $0.00 |
| | 8e. **Social Security** | 8e. | $2,722.00 | $0.00 |
| | 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: ____ | 8f. | $0.00 | $0.00 |
| | 8g. **Pension or retirement income** | 8g. | $0.00 | $0.00 |
| | 8h. **Other monthly income.** Specify: ____ | 8h. **+** | $0.00 **+** | $0.00 |
| 9. | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | $2,722.00 | $0.00 |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $2,722.00 **+** | $0.00 **=** $2,722.00 |

| Debtor 1 | **Kenneth** | **William** | **Bergeron** | Case number *(if known)* _____ |
| Debtor 2 | **Cori** | **Laverne** | **Bergeron** | |
| | First Name | Middle Name | Last Name | |

---

11. **State all other regular contributions to the expenses that you list in *Schedule J.***

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: **Contributions to Household Expenses** _____ 11. **+** _____ **$900.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies

12. **$3,622.00**

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.

☐ Yes. Explain: _____

---

Official Form 106I                    **Schedule I: Your Income**                    page **3**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Kenneth** | **William** | **Bergeron** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Cori** | **Laverne** | **Bergeron** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Northern District of Texas** | |
| Case number | | | |
| (if known) | | | |

Check if this is:

❑ An amended filing

❑ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

# Official Form 106J

# Schedule J: Your Expenses                                    **12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1:  Describe Your Household

1. **Is this a joint case?**

    ❑ No. Go to line 2.

    ☑ Yes. **Does Debtor 2 live in a separate household?**

    　　☑ No

    　　❑ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2*.

2. **Do you have dependents?**

    Do not list Debtor 1 and Debtor 2.

    Do not state the dependents' names.

    ❑ No

    ☑ Yes. Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Child | 28 | ☑ No.  ❑ Yes. |
| Child | 22 | ☑ No.  ❑ Yes. |
| Sibling | 63 | ❑ No.  ☑ Yes. |
| Relative | 42 | ❑ No.  ☑ Yes. |
| | | ❑ No.  ❑ Yes. |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

    ☑ No

    ❑ Yes

## Part 2:  Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)**

| | | **Your expenses** |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | **$6,891.87** |
| **If not included in line 4:** | | |
| 4a.  Real estate taxes | 4a. | **$0.00** |
| 4b.  Property, homeowner's, or renter's insurance | 4b. | **$0.00** |
| 4c.  Home maintenance, repair, and upkeep expenses | 4c. | **$100.00** |
| 4d.  Homeowner's association or condominium dues | 4d. | **$0.00** |

| Debtor 1 | **Kenneth** | **William** | **Bergeron** | |
|---|---|---|---|---|
| Debtor 2 | **Cori** | **Laverne** | **Bergeron** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

| | | | **Your expenses** |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | $0.00 |
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. | $911.15 |
| | 6b. Water, sewer, garbage collection | 6b. | $99.54 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $586.83 |
| | 6d. Other. Specify: **Paramount+/Netflix/Apple TV+/Hulu/ESPN/Disney Plus/Youtube TV/Internet/Home phone (ooma)/Trash** | 6d. | $275.38 |
| 7. | **Food and housekeeping supplies** | 7. | $1,000.00 |
| 8. | **Childcare and children's education costs** | 8. | $0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $100.00 |
| 10. | **Personal care products and services** | 10. | $200.00 |
| 11. | **Medical and dental expenses** | 11. | $0.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $250.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $150.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | $2,243.66 |
| | 15b. Health insurance | 15b. | $0.00 |
| | 15c. Vehicle insurance | 15c. | $684.11 |
| | 15d. Other insurance. Specify: | 15d. | $0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | $0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 **2024 Ford Bronco** | 17a. | $1,060.32 |
| | 17b. Car payments for Vehicle 2 **2022 Chevrolet Trax** | 17b. | $410.94 |
| | 17c. Other. Specify: **Aqua Finance** | 17c. | $99.00 |
| | 17d. Other. Specify: | 17d. | $0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* (Official Form 106I). | 18. | $0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | $0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | | |
| | 20a. Mortgages on other property | 20a. | $0.00 |
| | 20b. Real estate taxes | 20b. | $0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | $0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | $0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. | $0.00 |

Official Form 106J      **Schedule J: Your Expenses**      page **2**

| Debtor 1 | **Kenneth** | **William** | **Bergeron** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| Debtor 2 | **Cori** | **Laverne** | **Bergeron** | | |
| | First Name | Middle Name | Last Name | | |

21. **Other.** Specify: **See Additional Page**      21. **+**    **$2,904.79**

22. **Calculate your monthly expenses.**

   22a. Add lines 4 through 21.     22a. **$17,967.59**

   22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2     22b. **$0.00**

   22c. Add line 22a and 22b. The result is your monthly expenses.     22c. **$17,967.59**

23. **Calculate your monthly net income.**

   23a. Copy line 12 (your combined monthly income) from *Schedule I*.     23a. **$3,622.00**

   23b. Copy your monthly expenses from line 22c above.     23b. **–** **$17,967.59**

   23c. Subtract your monthly expenses from your monthly income.
   The result is your *monthly net income.*     23c. **($14,345.59)**

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

   For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

   ☑ No.
   ☐ Yes.

| Debtor 1 | **Kenneth** | **William** | **Bergeron** | Case number *(if known)* |
|---|---|---|---|---|
| Debtor 2 | **Cori** | **Laverne** | **Bergeron** | |
| | First Name | Middle Name | Last Name | |

| | Amount |
|---|---|
| 21. **Other** | |
| Disney Vacation Development LLC | $378.29 |
| Mortgage for rental property | $2,359.06 |
| HOA dues for rental property | $167.44 |

Official Form 106J                              **Schedule J: Your Expenses**                              page **4**

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Kenneth** | **William** | **Bergeron** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Cori** | **Laverne** | **Bergeron** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    **Northern District of Texas**

Case number
(if known)

❑ Check if this is an
amended filing

## Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information

**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1:  Summarize Your Assets

| | **Your assets**<br>Value of what you own |
|---|---|
| 1. ***Schedule A/B: Property*** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*........................................................................... | **$1,197,083.00** |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*................................................................ | **$75,378.80** |
| 1c. Copy line 63, Total of all property on *Schedule A/B*........................................................................... | **$1,272,461.80** |

### Part 2:  Summarize Your Liabilities

| | **Your liabilities**<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... | **$1,242,485.95** |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*...................................... | **$0.00** |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*................................ | + **$1,736,368.71** |
| **Your total liabilities** | **$2,978,854.66** |

### Part 3:  Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I*............................................................. | **$3,622.00** |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J*.......................................................................... | **$17,967.59** |

| Debtor 1 | **Kenneth** | **William** | **Bergeron** | |
|---|---|---|---|---|
| Debtor 2 | **Cori** | **Laverne** | **Bergeron** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

## Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   **$2,132.43**

9. **Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

| | Total claim |
|---|---|
| **From Part 4 on Schedule E/F, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | **$0.00** |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | **$0.00** |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | **$0.00** |
| 9d. Student loans. (Copy line 6f.) | **$871,256.93** |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | **$0.00** |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | **+ $0.00** |
| 9g. **Total**. Add lines 9a through 9f. | **$871,256.93** |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Kenneth** | **William** | **Bergeron** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Cori** | **Laverne** | **Bergeron** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:     **Northern District of Texas**

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

**12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____ . Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

**X** **/s/ Kenneth William Bergeron**

Kenneth William Bergeron, Debtor 1

Date **03/30/2026**
MM/ DD/ YYYY

**X** **/s/ Cori Laverne Bergeron**

Cori Laverne Bergeron, Debtor 2

Date **03/30/2026**
MM/ DD/ YYYY

Official Form 106Dec          **Declaration About an Individual Debtor's Schedules**

Fill in this information to identify your case:

| | | |
|---|---|---|
| Debtor 1 | **Kenneth**      **William**      **Bergeron** | |
| | First Name         Middle Name         Last Name | |
| Debtor 2 | **Cori**         **Laverne**         **Bergeron** | |
| (Spouse, if filing) | First Name         Middle Name         Last Name | |
| United States Bankruptcy Court for the: | **Northern District of Texas** | |
| Case number (if known) | _____ | |

☐ Check if this is an amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy     04/25

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

| Part 1: | Give Details About Your Marital Status and Where You Lived Before |
|---|---|

**1. What is your current marital status?**

☑ Married

☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☐ No

☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| **505 Briarwood Ct** <br> Number     Street | From **11/2006** <br> To **08/2023** | _____ <br> Number     Street | From _____ <br> To _____ |
| **Trophy Club, TX 76262** <br> City          State   ZIP Code | | _____ <br> City          State   ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____ <br> Number     Street | From _____ <br> To _____ | _____ <br> Number     Street | From _____ <br> To _____ |
| _____ <br> City          State   ZIP Code | | _____ <br> City          State   ZIP Code | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**(*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No

☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Official Form 107          **Statement of Financial Affairs for Individuals Filing for Bankruptcy**          page **1**

| Debtor 1 | **Kenneth** | **William** | **Bergeron** | |
|---|---|---|---|---|
| Debtor 2 | **Cori** | **Laverne** | **Bergeron** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

## Part 2:  Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

❑ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips<br>☑ Operating a business | $0.00<br><br>$5,462.65 | ☑ Wages, commissions, bonuses, tips<br>☑ Operating a business | $0.00<br><br>$0.00 |
| **For last calendar year:**<br>(January 1 to December 31, **2025** )<br> YYYY | ☑ Wages, commissions, bonuses, tips<br>☑ Operating a business | $1,923.08<br><br>$2,383.43 | ☑ Wages, commissions, bonuses, tips<br>☑ Operating a business | $121,063.00<br><br>$0.00 |
| **For the calendar year before that:**<br>(January 1 to December 31, **2024** )<br> YYYY | ☑ Wages, commissions, bonuses, tips<br>☑ Operating a business | $52,609.50<br><br>($90,565.00) | ☑ Wages, commissions, bonuses, tips<br>☑ Operating a business | $200,238.53<br><br>$0.00 |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

❑ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross Income from each source**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | Retirement Benefits | $5,444.00 | | |
| **For last calendar year:**<br>(January 1 to December 31, **2025** )<br> YYYY | Rental Income<br>Retirement Benefits | $18,883.36<br>$21,184.00 | Unemployment Income | $15,366.00 |
| **For the calendar year before that:**<br>(January 1 to December 31, **2024** )<br> YYYY | Interest/Dividends<br>Gains<br>Rental Income | $259.00<br>$336.00<br>$93,315.00 | Retirement Benefits | $90,996.00 |

| Debtor 1 | **Kenneth** | **William** | **Bergeron** | |
|---|---|---|---|---|
| Debtor 2 | **Cori** | **Laverne** | **Bergeron** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

## Part 3: List Certain Payments You Made Before You Filed for Bankruptcy

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

❏ No.  **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

❏ No. Go to line 7.

❏ Yes.   List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes.  **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

❏ No. Go to line 7.

☑ Yes.   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| **Disney Vacation Development LLC** <br> Creditor's Name <br><br> _____ <br> Number      Street <br><br> _____ <br> City          State    ZIP Code | **01/2026** <br><br> **02/2026** <br><br> **03/2026** | **$1,134.87** | **$19,693.47** | ❏ Mortgage <br> ❏ Car <br> ❏ Credit card <br> ❏ Loan repayment <br> ❏ Suppliers or vendors <br> ☑ Other _____ |
| **Ford Credit** <br> Creditor's Name <br><br> _____ <br> Number      Street <br><br> _____ <br> City          State    ZIP Code | **01/2026** <br><br> **02/2026** <br><br> **03/2026** | **$1,113.34** | **$52,072.62** | ❏ Mortgage <br> ☑ Car <br> ❏ Credit card <br> ❏ Loan repayment <br> ❏ Suppliers or vendors <br> ❏ Other _____ |
| **Mr. Cooper** <br> Creditor's Name <br> **Attn: Bankruptcy** <br> **PO Box 619094** <br> Number      Street <br> **Dallas, TX 75261-9741** <br> City          State    ZIP Code | **01/2026** <br><br> **02/2026** <br><br> **03/2026** | **$20,675.61** | **$897,120.42** | ☑ Mortgage <br> ❏ Car <br> ❏ Credit card <br> ❏ Loan repayment <br> ❏ Suppliers or vendors <br> ❏ Other _____ |

Debtor 1   **Kenneth**          **William**          **Bergeron**
Debtor 2   **Cori**             **Laverne**          **Bergeron**                     Case number *(if known)* _____
           First Name           Middle Name          Last Name

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| **AmeriHome Mortgage** <br> Creditor's Name | **01/2026** | **$8,058.48** | **$257,852.44** | ☑ Mortgage |
| **PO Box 10826** <br> Number    Street | **02/2026** | | | ☐ Car <br> ☐ Credit card |
| **Greenville, SC 29603** <br> City    State    ZIP Code | **03/2026** | | | ☐ Loan repayment <br> ☐ Suppliers or vendors <br> ☐ Other _____ |

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No

☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| _____ <br> Insider's Name | _____ | _____ | _____ | |
| _____ <br> Number    Street | _____ | | | |
| _____ | _____ | | | |
| _____ <br> City    State    ZIP Code | | | | |

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No

☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment <br> Include creditor's name |
|---|---|---|---|---|
| _____ <br> Insider's Name | _____ | _____ | _____ | |
| _____ <br> Number    Street | _____ | | | |
| _____ | _____ | | | |
| _____ <br> City    State    ZIP Code | | | | |

| Debtor 1 | **Kenneth** | **William** | **Bergeron** | |
|---|---|---|---|---|
| Debtor 2 | **Cori** | **Laverne** | **Bergeron** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

| Part 4: | Identify Legal Actions, Repossessions, and Foreclosures |
|---|---|

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

❏ No

☑ Yes. Fill in the details.

| | | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|---|
| Case title | **Fora Financial Asset Securitization 2024 Llc V. Virgo Landscaping LLC** | **Civil Case** | **New York County Supreme Court** <br> Court Name <br> **60 Centre St,** <br> Number    Street <br> **New York, NY 10007** <br> City         State     ZIP Code | ☑ Pending <br> ❏ On appeal <br> ❏ Concluded |
| Case number **654184/2025** | | | | |
| Case title | **Bankers Healthcare Group, LLC as servicer for Pinnacle Bank v. Chord Technologies and Cori Bergeron** | **Civil Case** | **Davidson County** <br> Court Name <br> **PO Box 196304** <br> Number    Street <br> **Nashville, TN 37219** <br> City         State     ZIP Code | ☑ Pending <br> ❏ On appeal <br> ❏ Concluded |
| Case number **25C2983** | | | | |
| Case title | **Marriott Ownership Resorts Inc v. Kenneth & Cori Bergeron** | **Civil Case** | **Unknown** <br> Court Name <br> <br> Number    Street <br> <br> City         State     ZIP Code | ☑ Pending <br> ❏ On appeal <br> ❏ Concluded |
| Case number | | | | |
| Case title | **Likety Capital LLC v. Virgo Landscaping LLC, Cori Bergeron, and Kenneth Bergeron** | **Civil Case** | **Los Angeles Superior Court - Van Nuys Courthouse** <br> Court Name <br> **6230 Sylmar AveVan Nuys,** <br> Number    Street <br> **Van Nuys, CA 91401** <br> City         State     ZIP Code | ☑ Pending <br> ❏ On appeal <br> ❏ Concluded |
| Case number **25VECV05849** | | | | |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

❏ No. Go to line 11.

☑ Yes. Fill in the information below.

Debtor 1 **Kenneth** **William** **Bergeron**
Debtor 2 **Cori** **Laverne** **Bergeron**
Case number *(if known)* _____

First Name     Middle Name     Last Name

| Describe the property | Date | Value of the property |
|---|---|---|
| **2016 Highland Ridge RV Mesa Ridge voluntarily surrendered.** | **2025** | |

**Fifth Third Bank**
Creditor's Name

**PO Box 630778**
Number   Street

**Explain what happened**

☑ Property was repossessed.
☐ Property was foreclosed.
☐ Property was garnished.
☐ Property was attached, seized, or levied.

**Cincinnati, OH 45263**
City     State     ZIP Code

| Describe the property | Date | Value of the property |
|---|---|---|
| **Timeshare was foreclosed.** | **2026** | |

**Marriott Ownership Resorts Inc.**
Creditor's Name

**7812 Palm Parkway**
Number   Street

**Explain what happened**

☐ Property was repossessed.
☑ Property was foreclosed.
☐ Property was garnished.
☐ Property was attached, seized, or levied.

**Orlando, FL 32836**
City     State     ZIP Code

| Describe the property | Date | Value of the property |
|---|---|---|
| **Chevrolet Silverado voluntarily surrendered.** | **2026** | |

**Ally Financial**
Creditor's Name

**PO Box 380902**
Number   Street

**Explain what happened**

☑ Property was repossessed.
☐ Property was foreclosed.
☐ Property was garnished.
☐ Property was attached, seized, or levied.

**Minneapolis, MN 55438**
City     State     ZIP Code

| Describe the property | Date | Value of the property |
|---|---|---|
| **Ford F250 voluntarily surrendered.** | **2025** | |

**Ally Financial**
Creditor's Name

**PO Box 380901**
Number   Street

**Explain what happened**

☑ Property was repossessed.
☐ Property was foreclosed.
☐ Property was garnished.
☐ Property was attached, seized, or levied.

**Bloomington, MN 55438**
City     State     ZIP Code

| Debtor 1 | **Kenneth** | **William** | **Bergeron** | |
|---|---|---|---|---|
| Debtor 2 | **Cori** | **Laverne** | **Bergeron** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

| Describe the property | Date | Value of the property |
|---|---|---|
| **Tesla voluntarily surrendered.** | **2026**_____ | _____ |

**BMO Bank**_____
Creditor's Name

**PO Box 6201**_____
Number    Street

_____

**Carol Stream, IL 60197**_____
City              State    ZIP Code

**Explain what happened**

☑ Property was repossessed.

☐ Property was foreclosed.

☐ Property was garnished.

☐ Property was attached, seized, or levied.

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's Name<br><br>_____<br>Number    Street<br><br>_____<br>City         State    ZIP Code | | _____ | _____ |

Last 4 digits of account number: XXXX– __ __ __ __

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

☐ Yes

## Part 5:  List Certain Gifts and Contributions

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No

☐ Yes. Fill in the details for each gift.

Debtor 1  **Kenneth**       **William**      **Bergeron**
Debtor 2  **Cori**          **Laverne**      **Bergeron**

         First Name       Middle Name      Last Name

Case number *(if known)* _____

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| _____<br>Person to Whom You Gave the Gift | | _____ | _____ |
| | | _____ | _____ |
| _____<br>Number     Street | | | |
| _____<br>City          State     ZIP Code | | | |
| Person's relationship to you _____ | | | |

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☐ No

☑ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| **North Point Ministries**<br>Charity's Name | **Tithe given periodically throughout 2024 ; Tithe given periodically throughout 2025** | **12/31/2024** | **$31,094.00** |
| | | **12/31/2025** | **$0.00** |
| **4400 North Point Pkwy #100**<br>Number     Street | | | |
| **Alpharetta, GA 30022**<br>City          State     ZIP Code | | | |

| Part 6: | List Certain Losses |
|---|---|

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No

☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | _____ | _____ |

Official Form 107      **Statement of Financial Affairs for Individuals Filing for Bankruptcy**      page **8**

| Debtor 1 | **Kenneth** | **William** | **Bergeron** | |
|---|---|---|---|---|
| Debtor 2 | **Cori** | **Laverne** | **Bergeron** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

| Part 7: | List Certain Payments or Transfers |
|---|---|

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

❏ No

☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Norred Law, PLLC** | **Attorney's Fee** | | |
| Person Who Was Paid | | | |
| **515 E. Border** | | 08/08/2025 | $3,500.00 |
| Number    Street | | | |
| | | | |
| **Arlington, TX 76010** | | | |
| City            State    ZIP Code | | | |
| | | | |
| Email or website address | | | |
| | | | |
| Person Who Made the Payment, if Not You | | | |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

❏ No

☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Rise Alliance** | **Power of Attorney to negotiate with Merchant Cash Advance lenders** | | |
| Person Who Was Paid | | | |
| **22 W 38th St** | | 06/13/2025 - 7/17/2025 | $3,648.00 |
| Number    Street | | | |
| | | | |
| **New York, NY 10018** | | | |
| City            State    ZIP Code | | | |

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

❏ No

☑ Yes. Fill in the details.

| Debtor 1 | **Kenneth** | **William** | **Bergeron** | |
|---|---|---|---|---|
| Debtor 2 | **Cori** | **Laverne** | **Bergeron** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Dennis Bryson**<br>Person Who Received Transfer<br><br>_____<br>Number    Street<br><br>_____<br>City          State    ZIP Code<br><br>Person's relationship to you<br>**No relationship** | **2022 Load Trail Trailer (owned by Virgo Landscaping LLC) sold for $5,200 via Facebook Marketplace. The proceeds were used for living expenses.** | | **02/06/2026** |
| **Freddie Macias**<br>Person Who Received Transfer<br><br>_____<br>Number    Street<br><br>_____<br>City          State    ZIP Code<br><br>Person's relationship to you<br>**No relationship** | **2022 Continental Cargo VHW Trailer (owned by Virgo Landscaping LLC) sold for $2,400 via Facebook Marketplace. The proceeds were used for living expenses.** | | **02/19/2026** |
| **Jose Rico**<br>Person Who Received Transfer<br><br>_____<br>Number    Street<br><br>_____<br>City          State    ZIP Code<br><br>Person's relationship to you<br>**No relationship** | **2019 Lark Enclosed Trailer (owned by Virgo Landscaping LLC) sold for $2,500 via Facebook Marketplace. The proceeds were used for living expenses.** | | **03/20/2026** |
| **Marc Nickell**<br>Person Who Received Transfer<br><br>_____<br>Number    Street<br><br>_____<br>City          State    ZIP Code<br><br>Person's relationship to you<br>**No relationship** | **2020 East Texas Trailer (owned by Virgo Landscaping LLC) sold for $3,000 via Facebook Marketplace. The proceeds were used for living expenses.** | | **03/2026** |

| Debtor 1 | **Kenneth** | **William** | **Bergeron** | |
|---|---|---|---|---|
| Debtor 2 | **Cori** | **Laverne** | **Bergeron** | Case number *(if known)* |
| | First Name | Middle Name | Last Name | |

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Mark Nickell** <br> Person Who Received Transfer <br><br> _____ <br> Number   Street <br><br> _____ <br> City           State   ZIP Code <br><br> Person's relationship to you <br> **No relationship** | **2019 Cargo VN Trailer (owned by Virgo Landscaping LLC) sold for $3,000 via Facebook Marketplace. The proceeds were used for living expenses.** | | **03/2026** |

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**
(These are often called *asset-protection devices.*)

❏ No

☑ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust ~~**Bergeron Family**~~ <br><br> **Vault 687 Revocable Trust** | **2017 Ford Fusion Purchased 08/2024 for $5,000 With 131,623 miles (sold 02/2026 for $4,000)** | **08/2024** |

## Part 8: List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

❏ No

☑ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Principal Financial Group** <br> Name of Financial Institution <br><br> **PO Box 9394** <br> Number     Street <br><br> _____ <br><br> **Des Moines, IA 50306** <br> City          State   ZIP Code | XXXX– **9   0   1   6** | ❏ Checking <br> ❏ Savings <br> ❏ Money market <br> ❏ Brokerage <br> ☑ Other **401K** | **06/2025** | **$5,283.00** |

| Debtor 1 | **Kenneth** | **William** | **Bergeron** | |
|---|---|---|---|---|
| Debtor 2 | **Cori** | **Laverne** | **Bergeron** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No

❑ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | ❑ No |
| | | | ❑ Yes |
| _____ | _____ | | |
| Name of Financial Institution | Name | | |
| _____ | _____ | | |
| Number    Street | Number    Street | | |
| | _____ | | |
| _____ | City            State    ZIP Code | | |
| City            State    ZIP Code | | | |

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

❑ No

☑ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| **TMS Self Storage** | **Laurie Zieber** | **Furniture, household goods, seasonal decorations (property owned by both the Bergeron's and Zieber's). The Debtors no longer maintain this storage unit, and all contents have been relocated to the garage at their primary residence.** | ☑ No |
| Name of Storage Facility | Name | | ❑ Yes |
| **2200 TX-114** | **15330 Sam Reynolds Rd** | | |
| Number    Street | Number    Street | | |
| | **Justin, TX 76247** | | |
| | City            State    ZIP Code | | |
| **Northlake, TX 76247** | | | |
| City            State    ZIP Code | | | |

---

## Part 9:  Identify Property You Hold or Control for Someone Else

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

❑ No

☑ Yes. Fill in the details.

Debtor 1  **Kenneth**  **William**  **Bergeron**
Debtor 2  **Cori**  **Laverne**  **Bergeron**

Case number *(if known)*

First Name  Middle Name  Last Name

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| **Laurie Zieber** | **15330 Sam Reynolds Rd** | **Furniture and household goods from their previous home is being stored in the storage unit.** | **$5,000.00** |
| Owner's Name | Number  Street | | |
| **15330 Sam Reynolds Rd** | | | |
| Number  Street | | | |
| | **Justin, TX 76247** | | |
| | City  State  ZIP Code | | |
| **Justin, TX 76247** | | | |
| City  State  ZIP Code | | | |

---

## Part 10:  Give Details About Environmental Information

**For the purpose of Part 10, the following definitions apply:**

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number  Street | Number  Street | | |
| | City  State  ZIP Code | | |
| City  State  ZIP Code | | | |

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Fill in the details.

Debtor 1  **Kenneth**      **William**       **Bergeron**
Debtor 2  **Cori**         **Laverne**       **Bergeron**                    Case number *(if known)* _____

First Name      Middle Name       Last Name

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| _____ | _____ | | _____ |
| **Name of site** | **Governmental unit** | | |
| _____ | _____ | | |
| **Number    Street** | **Number    Street** | | |
| _____ | _____ | | |
| | **City          State    ZIP Code** | | |
| _____ | | | |
| **City          State    ZIP Code** | | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

❑ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| **Case title** _____ | _____ | | ❑ Pending |
| | **Court Name** | | ❑ On appeal |
| _____ | _____ | | ❑ Concluded |
| | **Number    Street** | | |
| _____ | _____ | | |
| **Case number** | **City          State    ZIP Code** | | |

---

**Part 11:**  Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

❑ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)

❑ A partner in a partnership

❑ An officer, director, or managing executive of a corporation

❑ An owner of at least 5% of the voting or equity securities of a corporation

❑ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| **Constellations Enterprises LLC** | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| **Name** | **Parent Company** | |
| _____ | | EIN:  8 8 – 1 3 4 9 3 4 6 |
| **15330 Sam Reynolds** | Name of accountant or bookkeeper | Dates business existed |
| **Number    Street** | | |
| **Justin, TX 76247** | | From  10/13/2022  To _____ |
| **City          State    ZIP Code** | | |

Debtor 1    **Kenneth**      **William**        **Bergeron**
Debtor 2    **Cori**        **Laverne**        **Bergeron**

First Name      Middle Name      Last Name      Case number *(if known)* _____

---

**Chord Technologies LLC**
Name

| Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|
| **Business Consulting, Agile Coaching And Training** | EIN: 2 7 – 2 8 3 2 1 0 5 |

**15330 Sam Reynolds Rd**
Number    Street

**Justin, TX 76247**
City    State    ZIP Code

| Name of accountant or bookkeeper | Dates business existed |
|---|---|
| | From **11/12/2007** To _____ |

---

**Texas Safari Ltd LLC**
Name

| Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|
| **Ice Vending Sales** | EIN: 2 7 – 0 0 6 8 9 5 9 |

**15330 Sam Reynolds Rd**
Number    Street

**Justin, TX 76247**
City    State    ZIP Code

| Name of accountant or bookkeeper | Dates business existed |
|---|---|
| | From **10/23/2003** To _____ |

---

**Virgo Landscaping LLC**
Name

| Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|
| **Landscaping** | EIN: 8 8 – 4 2 6 6 1 6 2 |

**15330 Sam Reynolds Rd**
Number    Street

**Justin, TX 76247**
City    State    ZIP Code

| Name of accountant or bookkeeper | Dates business existed |
|---|---|
| | From **02/03/2023** To _____ |

---

**Constellation Holdings LLC**
Name

| Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|
| **Holding Company** | EIN: 3 6 – 4 9 9 4 1 1 4 |

**15330 Sam Reynolds Rd**
Number    Street

**Justin, TX 76247**
City    State    ZIP Code

| Name of accountant or bookkeeper | Dates business existed |
|---|---|
| | From **07/28/2021** To _____ |

---

**Chiron Technologies LLC**
Name

| Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|
| **Contract and product development opportunities involving the use of AI** | EIN: __ __ – __ __ __ __ __ __ __ |

**15330 Sam Reynolds Rd**
Number    Street

**Justin, TX 76247**
City    State    ZIP Code

| Name of accountant or bookkeeper | Dates business existed |
|---|---|
| | From **12/03/2025** To _____ |

---

Debtor 1 **Kenneth** **William** **Bergeron**

Debtor 2 **Cori** **Laverne** **Bergeron**

First Name     Middle Name     Last Name

Case number *(if known)* _____

| | | |
|---|---|---|
| **Canis Minor Properties LLC (Dormant)** <br> Name | **Describe the nature of the business** <br><br> **Real estate rental and property management services** | **Employer Identification number** <br> **Do not include Social Security number or ITIN.** <br><br> EIN: __ __ – __ __ __ __ __ __ |
| **15330 Sam Reynolds Rd** <br> Number   Street <br><br> **Justin, TX 76247** <br> City    State   ZIP Code | **Name of accountant or bookkeeper** | **Dates business existed** <br><br> From **10/03/2023** To _____ |
| **Auriga Leasing LLC (Dormant)** <br> Name | **Describe the nature of the business** <br><br> **Holding Company** | **Employer Identification number** <br> **Do not include Social Security number or ITIN.** <br><br> EIN: __ __ – __ __ __ __ __ __ |
| **15330 Sam Reynolds Rd** <br> Number   Street <br><br> **Justin, TX 76247** <br> City    State   ZIP Code | **Name of accountant or bookkeeper** | **Dates business existed** <br><br> From **11/19/2024** To _____ |
| **Black Knight Sales and Marketing LLC (Dormant)** <br> Name | **Describe the nature of the business** <br><br> **Marketing** | **Employer Identification number** <br> **Do not include Social Security number or ITIN.** <br><br> EIN: __ __ – __ __ __ __ __ __ |
| **15330 Sam Reynolds Rd** <br> Number   Street <br><br> **Justin, TX 76247** <br> City    State   ZIP Code | **Name of accountant or bookkeeper** | **Dates business existed** <br><br> From **11/12/2012** To _____ |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No

☐ Yes. Fill in the details below.

| | **Date issued** |
|---|---|
| _____ <br> Name | _____ <br> MM / DD / YYYY |
| _____ <br> Number   Street | |
| _____ | |
| _____ <br> City    State   ZIP Code | |

| Debtor 1 | **Kenneth** | **William** | **Bergeron** | |
|---|---|---|---|---|
| Debtor 2 | **Cori** | **Laverne** | **Bergeron** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

---

## Part 12: Sign Below

**I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

X **/s/ Kenneth William Bergeron**

Signature of Kenneth William Bergeron, Debtor 1

X **/s/ Cori Laverne Bergeron**

Signature of Cori Laverne Bergeron, Debtor 2

Date **03/30/2026**

Date **03/30/2026**

**Did you attach additional pages to your *Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No

☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____

Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

---

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Kenneth** | **William** | **Bergeron** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Cori** | **Laverne** | **Bergeron** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:  **Northern District of Texas**

Case number
(if known)

❑ Check if this is an
amended filing

## Official Form 108

## Statement of Intention for Individuals Filing Under Chapter 7     **12/15**

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

### Part 1:    List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of** *Schedule D: Creditors Who Have Claims Secured by Property* **(Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Mr. Cooper / Nationstar**<br><br>Description of property securing debt: **Home** **15330 Sam Reynolds Rd Justin, TX 76247** | ❑ Surrender the property.<br>❑ Retain the property and redeem it.<br>❑ Retain the property and enter into a *Reaffirmation Agreement.*<br>☑ Retain the property and [explain]: **pay according to the original contract.** | ❑ No<br>☑ Yes |
| Creditor's name: **AmeriHome Mortgage**<br><br>Description of property securing debt: **Non-Primary Residence** **221 Butternut Glen Holly Lake Ranch, TX 75765** | ❑ Surrender the property.<br>❑ Retain the property and redeem it.<br>❑ Retain the property and enter into a *Reaffirmation Agreement.*<br>☑ Retain the property and [explain]: **pay according to the original contract.** | ☑ No<br>❑ Yes |

Debtor 1     **Kenneth**     **William**     **Bergeron**
Debtor 2     **Cori**     **Laverne**     **Bergeron**

First Name     Middle Name     Last Name

Case number *(if known)* _____

### Additional Page for Part 1

| | | |
|---|---|---|
| Creditor's name: | **Ford Credit** | ☐ Surrender the property.    ☐ No |
| | | ☐ Retain the property and redeem it.    ☑ Yes |
| Description of property securing debt: | **2024 Ford Bronco** <br> **Valuation by NADA** | ☑ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: |

| | | |
|---|---|---|
| Creditor's name: | **Ally Financial** | ☐ Surrender the property.    ☐ No |
| | | ☐ Retain the property and redeem it.    ☑ Yes |
| Description of property securing debt: | **2022 Chevrolet Trax** <br> **Valuation by NADA** | ☑ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: |

| Debtor 1 | **Kenneth** | **William** | **Bergeron** | |
|---|---|---|---|---|
| Debtor 2 | **Cori** | **Laverne** | **Bergeron** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

## Part 2:    List Your Unexpired Personal Property Leases

**For any unexpired personal property lease that you listed in** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 106G), fill in the information below. Do not list real estate leases.** *Unexpired leases* **are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | | Will the lease be assumed? |
|---|---|---|
| Lessor's name: | Bluegreen Vacations | ☑ No |
| | | ☐ Yes |
| Description of leased property: | Contract to be REJECTED | |
| Lessor's name: | Marriott Ownership Resorts Inc | ☑ No |
| | | ☐ Yes |
| Description of leased property: | Contract to be REJECTED | |
| Lessor's name: | Disney Vacation Development LLC | ☐ No |
| | | ☑ Yes |
| Description of leased property: | Contract to be ASSUMED. Debtors to pay according to the original contract. | |
| Lessor's name: | Aqua Finance | ☐ No |
| | | ☑ Yes |
| Description of leased property: | Contract to be ASSUMED. Debtors to pay according to the original contract. | |
| Lessor's name: | | ☐ No |
| | | ☐ Yes |
| Description of leased property: | | |
| Lessor's name: | | ☐ No |
| | | ☐ Yes |
| Description of leased property: | | |
| Lessor's name: | | ☐ No |
| | | ☐ Yes |
| Description of leased property: | | |

## Part 3:    Sign Below

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

**X**  **/s/ Kenneth William Bergeron** _____          **X**  **/s/ Cori Laverne Bergeron** _____
Signature of Debtor 1                                    Signature of Debtor 2

Date **03/30/2026** _____                          Date **03/30/2026** _____
   MM/ DD/ YYYY                                            MM/ DD/ YYYY

Official Form 108                    **Statement of Intention for Individuals Filing Under Chapter 7**                    page 3

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## Northern District of Texas

**In re**     Bergeron, Kenneth William

Bergeron, Cori Laverne                                    Case No. _____

**Debtor**                                                Chapter _____**7**_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.     Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ................................................................................. **$3,500.00**

Prior to the filing of this statement I have received ...................................................................... **$3,500.00**

Balance Due ................................................................................................................................. **$0.00**

2.     The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.     The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.     ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.     Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

a.     Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.     Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.     Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.     By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Representation of the debtor in an adversary proceeding and any post-petition disputes or activities that arise from the filing of the case. The attorney-client service and fee agreement entered into by the parties is incorporated here by reference. To the extent this disclosure conflicts with the service and fee agreement, the service and fee agreement will control.

B2030 (Form 2030) (12/25)

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **03/30/2026** | **/s/ Clayton L. Everett** |
| *Date* | Clayton L. Everett |
| | *Signature of Attorney* |

Bar Number: 24065212
Norred Law, PLLC
Norred Law, PLLC
515 E. Border
Arlington, TX 76010
Phone: (817) 704-3984

**Norred Law, PLLC**

*Name of law firm*

| Fill in this information to identify your case: | | | Check one box only as directed in this form and in Form 122A-1Supp: |
|---|---|---|---|

| | | |
|---|---|---|
| Debtor 1 | **Kenneth** **William** **Bergeron** | ☑ 1. There is no presumption of abuse. |
| | First Name  Middle Name  Last Name | |
| Debtor 2 (Spouse, if filing) | **Cori** **Laverne** **Bergeron** | ☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2). |
| | First Name  Middle Name  Last Name | |
| United States Bankruptcy Court for the: | **Northern District of Texas** | ☐ 3. The Means Test does not apply now because of qualified military service but it could apply later. |
| Case number (if known) | | ☐ Check if this is an amended filing |

# Official Form 122A-1

# Chapter 7 Statement of Your Current Monthly Income    **12/19**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.**

## Part 1:  Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☑ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you. You and your spouse are:**

      ☐ **Living in the same household and are not legally separated.** Fill out both Column A and B, lines 2-11.

      ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $0.00 | $0.00 |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $0.00 | $0.00 |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $0.00 | $0.00 |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $9,326.15 | $0.00 | | | |
| Ordinary and necessary operating expenses | - $7,193.72 | - $0.00 | | | |
| Net monthly income from a business, profession, or farm | $2,132.43 | $0.00 | Copy here → | $2,132.43 | $0.00 |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | $0.00 | | | |
| Ordinary and necessary operating expenses | - $0.00 | - $0.00 | | | |
| Net monthly income from rental or other real property | $0.00 | $0.00 | Copy here → | $0.00 | $0.00 |

| 7. **Interest, dividends, and royalties** | $0.00 | $0.00 |
|---|---|---|

| Debtor 1 | Kenneth | William | Bergeron | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | Cori | Laverne | Bergeron | |
| | First Name | Middle Name | Last Name | |

| | | Column A **Debtor 1** | Column B **Debtor 2 or non-filing spouse** |
|---|---|---|---|
| 8. | **Unemployment compensation** | $0.00 | $0.00 |

Do not enter the amount if you contend that the amount received was a benefit under

the Social Security Act. Instead, list it here: .................................................. ↓

| | |
|---|---|
| For you...................................................................... | **$2,672.67** |
| For your spouse....................................................... | **$0.00** |

| | | Column A | Column B |
|---|---|---|---|
| 9. | **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title. | $0.00 | $0.00 |

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

| | Column A | Column B |
|---|---|---|
| Total amounts from separate pages, if any. | + _____ | + _____ |
| 11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B. | **$2,132.43** + | **$0.00** = **$2,132.43** |

**Total current monthly income**

---

## Part 2:   Determine Whether the Means Test Applies to You

12. **Calculate your current monthly income for the year.** Follow these steps:

12a.   Copy your total current monthly income from line 11.................................................................... **Copy line 11 here →** **$2,132.43**

Multiply by 12 (the number of months in a year). **X** 12

12b.   The result is your annual income for this part of the form.   12b.   **$25,589.16**

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.   Texas

Fill in the number of people in your household.   4

Fill in the median family income for your state and size of household.................................................   13.   **$114,938.00**
To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a.   ☑ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
Go to Part 3. Do NOT fill out or file Official Form 122A-2.

14b.   ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
Go to Part 3 and fill out Form 122A–2.

---

| Debtor 1 | **Kenneth** | **William** | **Bergeron** | |
|----------|-------------|-------------|--------------|---|
| Debtor 2 | **Cori** | **Laverne** | **Bergeron** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

## Part 3:   Sign Below

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

**X**  /s/ Kenneth William Bergeron
_____
Signature of Debtor 1

Date  **03/30/2026**
MM/  DD/  YYYY

**X**  /s/ Cori Laverne Bergeron
_____
Signature of Debtor 2

Date  **03/30/2026**
MM/  DD/  YYYY

If you checked line 14a, do NOT fill out or file Form 122A–2.

If you checked line 14b, fill out Form 122A–2 and file it with this form.

Official Form 122A-1          **Chapter 7 Statement of Your Current Monthly Income**          page **3**

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

IN RE: **Bergeron, Kenneth William
   Bergeron, Cori Laverne**

CASE NO

CHAPTER **7**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date   **03/30/2026**   Signature     **/s/ Kenneth William Bergeron**

Kenneth William Bergeron, Debtor

Date   **03/30/2026**   Signature     **/s/ Cori Laverne Bergeron**

Cori Laverne Bergeron, Joint Debtor

Ally Financial
PO Box 380901
Bloomington, MN 55438

Ally Financial
PO Box 380902
Bloomington, MN 55438

AmeriHome Mortgage
PO Box 10826
Greenville, SC 29603

AmeriHome Mortgage
PO Box 100081
Duluth, GA 30096

Aqua Finance
PO Box 1143
Wausau, WI 54402

Aqua Finance, Inc.
PO Box 1143
Wausau, WI 54402

Attorney General
Main Justice Bldg, Room 5111
10th & Constitution Ave., N.W.
Washington, DC 20530

BHG / County Bank
19927 Shuttle Road
Rehoboth Beach, DE 19971

BHG / Pinnacle Bank
150 Third Avenue South, Suite 900
Nashville, TN 37201

Bluegreen Vacations
PO Box 4164
Boston, MA 02211

BMO Bank
PO Box 6201
carol stream, IL 60197

Brackett & Ellis
100 Main St.
Fort Worth, TX 76102

BSW Surgical Hospital Trophy
Club
2850 Tx-114
Trophy Club, TX 76262

Capital One
PO Box 30285
Salt Lake City, UT 84130

Capital One - Business Card
PO Box 71083
Charlotte, NC 28272

Cavalry Portfolio Services
PO Box 27288
Tempe, AZ 85285

Chase Business
PO Box 15123
Wilmington, DE 19850

Chase Disney Rewards Visa
Po Box 15123
Wilmington, DE 19850

Chord Technologies LLC
15330 Sam Reynolds Rd
Justin, TX 76247

Citi
PO Box 790110
St Louis, MO 63179

Citi Advantage Business loan
PO Box 790046
St. Louis, MO 63179

Citi Card Consumer Credit
Cards
PO Box 6500
Sioux Falls, SD 57117

Citi Card Credit Cards
PO Box 6500
Sioux Falls, SD 57117

Comenity Bank/Talbots
PO Box 182789
Columbus, OH 43218

Comenity Bank/Ulta
PO Box 183043
Columbus, OH 43218

Cornerstone
PO Box 82561
Lincoln, NE 68501

Credit One Bank
PO Box 60500
City of Industry, CA 91716

Department Of Education -
Mohela
PO Box 790453
St Louis, MO 63179

Disney Vacation Development
LLC
215 Celebration Place
Celebration, FL 34747

Disney Vacation Development
LLC
215 Celebration Place
Kissimmee, FL 34747

Enterprise
PO Box 843369
Kansas City, MO 64184

Fifth Third Bank
PO Box 630778
Cincinnati, OH 45263

Fora Financial Advance LLC
1385 Broadway, 15th Floor
New York, NY 10018

Ford Credit
PO Box 35911
Cleveland, OH 44135

Goldman Sachs Bank USA
200 West Street
New York, NY 10282

Goldman Sachs Bank USA,
Salt Lake City Branch,
Lockbox 6112
PO Box 7247
Philadelphia, PA 19170

Green Country Bookkeeping,
LLC
1300 Shropshire Ct.
Keller, TX 76248

Headway Capital
4700 W Daybreak Pkwy, Suite 200
South Jordan, UT 84009

Holly Lake Ranch Association
220 Holly Lodge Circle
Holly Lake Ranch, TX 75765

Integrity Solutions Group
4801 Lang N.E.
Albuquerque, NM 87109

IRS
Special Procedures-Insolvency
PO Box 7346
Philadelphia, PA 19101

Leaf Capital Funding LLC
2005 Market Street, 14th Floor
Philadelphia, PA 19103

LGBS
100 Throckmorton St # 300
Fort Worth, TX 76102

Lightstream
PO Box 117320
Atlanta, GA 30368

Likety Capital LLC
6320 Canoga Ave, #1460
Woodland Hills, CA 91367

Linebarger Goggan Blair &
Sampson
3500 Maple Avenue Suite 800
Dallas, TX 75219

Macy's/Citi
PO Box 6776
Sioux Falls, SD 57117

Marriott Ownership Resorts
Inc
7812 Palm Parkway
Orlando, FL 32836

Mr. Cooper / Nationstar
8950 Cypress Waters Blvd
Coppell, TX 75019

Neighborly
1020 N University Parks Dr
Waco, TX 76707

Nelnet
PO Box 82505
Lincoln, NE 68501

Nelnet
Attn: Claims
PO Box 82505
Lincoln, NE 68501-2505

North Texas Tollway
Authority
PO Box 660244
Dallas, TX 75266

Perdue Brandon Fielder
Collins and Mott LLP
500 E. Border #640
Arlington, TX 76010

Rick Barnes Tarrant County
Tax Assessor
100 E Weatherford
Fort Worth, TX 76196

Rise Alliance
22w 38th Street
New York, NY 10018

Sallie Mae
PO Box 3319
Wilmington, DE 19804

Siteone Landscape Supply
300 Colonial Center Pkwy, Suite 550
Roswell, GA 30076

State Comptroller
Revenue Accounting Division
PO Box 13528
Austin, TX 78711

SYNCB/Care Credit
PO Box 965061
Orlando, FL 32896

SYNCB/Care Credit
Attn: Bankruptcy
PO Box 965064
Orlando, FL 32896-5064

SYNCB/JC Penny
PO Box 965009
Orlando, FL 32896

SYNCB/Sams Club
PO Box 965004
Orlando, FL 32896

Synchrony Bank/Amazon
PO Box 71711
Philadelphia, PA 19176

Tax Division-US Dept. of Justice
1700 Pacific Ave. Suite 3700
Dallas, TX 75201

Texas Alcoholic Beverage Commission-Taxing Authority
5806 Mesa Dr.
Austin, TX 78731

Texas Attorney General's Office
Bankruptcy-Collections Div.
PO Box 12548
Austin, TX 78711

Texas Workforce Comm.
TEC Building-Bankruptcy
101 E. 15th Street
Austin, TX 78778

The Hartford
301 Woods Park Drive
Clinton, NY 13323

Timeshare Cures, LLC
607 State Hwy 165 Suite 8
Branson, MO 65616

Timeshare Legal Service
3027 West Hwy 76, Suite 225
Branson, MO 65616

True Work Logistics, LLC
9234 Cypress Creek Pkwy
Houston, TX 77070

Truist Bank
Attn: Bankruptcy
214 North Tryon St
Charlotte, NC 28202

U.S. Trustee
1100 Commerce St., Rm 976
Dallas, TX 75242

United Midwest Savings Bank
955 County Line Rd. W
Westerville, OH 43082

Virgo Landscaping LLC
15330 Sam Reynolds Rd
Justin, TX 76247

Wex Bank
PO Box 639
Portland, ME 04104