Certificate Number: 17572-TXE-CC-040792019



17572-TXE-CC-040792019

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>March 29, 2026</u>, at <u>4:36</u> o'clock <u>PM PDT</u>, <u>Kenneth W Bergeron</u> received from <u>Dollar Learning Foundation, Inc.</u>, an agency approved pursuant to 11 U.S.C.  111 to provide credit counseling in the <u>Eastern District of Texas</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C.  109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:  <u>March 29, 2026</u>          By:     <u>/s/Dorianne Santiago</u>

                                       Name:  <u>Dorianne Santiago</u>

                                       Title:  <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C.  109(h) and 521(b).

Certificate Number: 17572-TXE-CC-040792019



17572-TXE-CC-040792019

# CERTIFICATE OF COUNSELING

I CERTIFY that on March 29, 2026, at 4:36 o'clock PM PDT, Kenneth W Bergeron received from Dollar Learning Foundation, Inc., an agency approved pursuant to 11 U.S.C.  111 to provide credit counseling in the Eastern District of Texas, an individual [or group] briefing that complied with the provisions of 11 U.S.C.  109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:   March 29, 2026                    By:     /s/Dorianne Santiago

                                         Name:   Dorianne Santiago

                                         Title:   Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C.  109(h) and 521(b).