Julie Anne Parsons
State Bar Number 00790358
McCreary, Veselka, Bragg & Allen, P.C.
P.O. Box 1269
Round Rock, Texas 78680
Telephone: (512) 323-3200
Fax: (512) 323-3205
Email: jparsons@mvbalaw.com
Attorneys for The County of Denton, Texas

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN THE MATTER OF:                                          CASE NO. 26-41389

KENNETH WILLIAM BERGERON
AND CORI LAVERNE BERGERON

DEBTORS                                                        CHAPTER 7

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF NOTICES AND OTHER DOCUMENTS

Notice is hereby given that Julie Anne Parsons, of McCreary, Veselka, Bragg & Allen, P.C.,

P. O. Box 1269, Round Rock, Texas 78680 will appear as counsel for The County of Denton,

Texas in the above-entitled case and requests that service of notices and other documents be

made upon this attorney of record.

Dated: April 1, 2026              Respectfully submitted,

MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
Attorneys for The County of Denton, Texas

*/s/ Julie Anne Parsons*
Julie Anne Parsons
State Bar Number 00790358
P.O. Box 1269
Round Rock, Texas 78680-1269
Telephone: (512) 323-3200
Fax: (512) 323-3205
Email: jparsons@mvbalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above Notice of Appearance And Request For Service Of Notices And Other Documents to Clayton Everett, 515 E. Border St. Ste 163 76010, Arlington, Texas 76010; Laurie Dahl Rea, ROCHELLE MCCULLOUGH, LLP, 300 Throckmorton St Ste 520, Fort Worth, Texas 76102-2929 and to those parties listed on the Court's Notice of Electronic Filing on April 1, 2026 by CM/ECF Electronic Notification.

*/s/ Julie Anne Parsons*
Julie Anne Parsons