Certificate Number: 17572-TXN-DE-040808678

Bankruptcy Case Number: 26-41389



17572-TXN-DE-040808678

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 2, 2026</u>, at <u>8:55</u> o'clock <u>AM PDT</u>, <u>Kenneth W Bergeron</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Northern District of Texas</u>.

Date:  <u>April 2, 2026</u>          By:      <u>/s/Judy Alexander</u>

Name:  <u>Judy Alexander</u>

Title:  <u>Counselor</u>