Certificate Number: 17572-TXN-DE-040808679

Bankruptcy Case Number: 26-41389



17572-TXN-DE-040808679

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 2, 2026,</u> at <u>8:55</u> o'clock <u>AM PDT</u>, <u>Cori L Bergeron</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Northern District of Texas.</u>

Date:   <u>April 2, 2026</u>

By:     <u>/s/Judy Alexander</u>

Name:  <u>Judy Alexander</u>

Title:   <u>Counselor</u>