United States Bankruptcy Court

Northern District of Texas

In re:

Kenneth William Bergeron

Cori Laverne Bergeron

    Debtors

Case No. 26-41389-elm

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0539-4 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Mar 31, 2026 | Form ID: 309A | Total Noticed: 79 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kenneth William Bergeron, Cori Laverne Bergeron, 15330 Sam Reynolds Rd, Justin, TX 76247-6662 |
| 23297616 | + | AmeriHome Mortgage, PO Box 10826, Greenville, SC 29603-0826 |
| 23297617 | + | AmeriHome Mortgage, PO Box 100081, Duluth, GA 30096-9377 |
| 23297621 | + | BHG / County Bank, 19927 Shuttle Road, Rehoboth Beach, DE 19971-4214 |
| 23297622 | + | BHG / Pinnacle Bank, 150 Third Avenue South, Suite 900, Nashville, TN 37201-2034 |
| 23297626 | | BSW Surgical Hospital Trophy Club, 2850 Tx-114, Trophy Club, TX 76262 |
| 23297623 | + | Bluegreen Vacations, PO Box 4164, Boston, MA 02211-4164 |
| 23297625 | + | Brackett & Ellis, 100 Main St., Fort Worth, TX 76102-3008 |
| 23297632 | + | Chord Technologies LLC, 15330 Sam Reynolds Rd, Justin, TX 76247-6662 |
| 23297634 | + | Citi Advantage Business loan, PO Box 790046, St. Louis, MO 63179-0046 |
| 23297642 | + | Disney Vacation Development LLC, 215 Celebration Place, Celebration, FL 34747-5400 |
| 23297643 | + | Disney Vacation Development LLC, 215 Celebration Place, Kissimmee, FL 34747-5400 |
| 23297645 | ++ | FIFTH THIRD BANK, MD# ROPS05 BANKRUPTCY DEPT, 1850 EAST PARIS SE, GRAND RAPIDS MI 49546-6253 address filed with court:, Fifth Third Bank, PO Box 630778, Cincinnati, OH 45263 |
| 23297650 | + | Green Country Bookkeeping, LLC, 1300 Shropshire Ct., Keller, TX 76248-8707 |
| 23297652 | + | Holly Lake Ranch Association, 220 Holly Lodge Circle, Holly Lake Ranch, TX 75765-7250 |
| 23297653 | + | Integrity Solutions Group, 4801 Lang N.E., Albuquerque, NM 87109-4474 |
| 23297658 | + | Likety Capital LLC, 6320 Canoga Ave, #1460, Woodland Hills, CA 91367-2562 |
| 23297663 | + | Neighborly, 1020 N University Parks Dr, Waco, TX 76707-3854 |
| 23297668 | + | Rick Barnes Tarrant County Tax Assessor, 100 E Weatherford, Fort Worth, TX 76196-0206 |
| 23297669 | + | Rise Alliance, 22w 38th Street, New York, NY 10018-6353 |
| 23297671 | + | Siteone Landscape Supply, 300 Colonial Center Pkwy, Suite 550, Roswell, GA 30076-4957 |
| 23297678 | + | Tax Division-US Dept. of Justice, 1700 Pacific Ave. Suite 3700, Dallas, TX 75201-4656 |
| 23297679 | + | Texas Alcoholic Beverage Commission-Taxing Authori, 5806 Mesa Dr., Austin, TX 78731-3765 |
| 23297682 | + | The Hartford, 301 Woods Park Drive, Clinton, NY 13323-1139 |
| 23297683 | + | Timeshare Cures, LLC, 607 State Hwy 165 Suite 8, Branson, MO 65616-3470 |
| 23297684 | + | Timeshare Legal Service, 3027 West Hwy 76, Suite 225, Branson, MO 65616-0002 |
| 23297685 | + | True Work Logistics, LLC, 9234 Cypress Creek Pkwy, Houston, TX 77070-6208 |
| 23297688 | + | United Midwest Savings Bank, 955 County Line Rd. W, Westerville, OH 43082-7237 |
| 23297689 | + | Virgo Landscaping LLC, 15330 Sam Reynolds Rd, Justin, TX 76247-6662 |
| 23297690 | + | Wex Bank, PO Box 639, Portland, ME 04104-0639 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: clayton@norredlaw.com | Mar 31 2026 21:40:00 | Clayton Everett, 515 E. Border St., Ste 163, 76010, Arlington, TX 76010 |
| tr | Email/Text: laurie.rea@txitrustee.com | Mar 31 2026 21:41:00 | Laurie Dahl Rea, Rochelle McCullough LLP, 300 Throckmorton Street, Ste 520, Fort Worth, TX 76102 |
| 23297614 | + EDI: GMACFS.COM | | |

District/off: 0539-4       User: admin       Page 2 of 4

Date Rcvd: Mar 31, 2026       Form ID: 309A       Total Noticed: 79

| | | | |
|---|---|---|---|
| | | Apr 01 2026 01:31:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 23297615 | + EDI: GMACFS.COM | | |
| | | Apr 01 2026 01:31:00 | Ally Financial, PO Box 380902, Bloomington, MN 55438-0902 |
| 23297618 | + EDI: AQUAFINANCE.COM | | |
| | | Apr 01 2026 01:31:00 | Aqua Finance, PO Box 1143, Wausau, WI 54402-1143 |
| 23297620 | ^ MEBN | | |
| | | Mar 31 2026 21:39:59 | Attorney General, Main Justice Bldg, Room 5111, 10th & Constitution Ave., N.W., Washington, DC 20530-0001 |
| 23297624 | ^ MEBN | | |
| | | Mar 31 2026 21:41:01 | BMO Bank, PO Box 6201, carol stream, IL 60197-6201 |
| 23297629 | Email/Text: bankruptcy@cavps.com | | |
| | | Mar 31 2026 21:42:00 | Cavalry Portfolio Services, PO Box 27288, Tempe, AZ 85285 |
| 23297627 | + EDI: CAPITALONE.COM | | |
| | | Apr 01 2026 01:31:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 23297628 | + EDI: CAPITALONE.COM | | |
| | | Apr 01 2026 01:31:00 | Capital One - Business Card, PO Box 71083, Charlotte, NC 28272-1083 |
| 23297630 | + EDI: JPMORGANCHASE | | |
| | | Apr 01 2026 01:31:00 | Chase Business, PO Box 15123, Wilmington, DE 19850-5123 |
| 23297631 | + EDI: JPMORGANCHASE | | |
| | | Apr 01 2026 01:31:00 | Chase Disney Rewards Visa, Po Box 15123, Wilmington, DE 19850-5123 |
| 23297633 | + EDI: CITICORP | | |
| | | Apr 01 2026 01:31:00 | Citi, PO Box 790110, St Louis, MO 63179-0110 |
| 23297635 | + EDI: CITICORP | | |
| | | Apr 01 2026 01:31:00 | Citi Card Consumer Credit Cards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 23297636 | + EDI: CITICORP | | |
| | | Apr 01 2026 01:31:00 | Citi Card Credit Cards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 23297637 | + EDI: WFNNB.COM | | |
| | | Apr 01 2026 01:31:00 | Comenity Bank/Talbots, PO Box 182789, Columbus, OH 43218-2789 |
| 23297638 | + EDI: WFNNB.COM | | |
| | | Apr 01 2026 01:31:00 | Comenity Bank/Ulta, PO Box 183043, Columbus, OH 43218-3043 |
| 23297639 | ^ MEBN | | |
| | | Mar 31 2026 21:38:45 | Cornerstone, PO Box 82561, Lincoln, NE 68501-2561 |
| 23297640 | + Email/PDF: creditonebknotifications@resurgent.com | | |
| | | Mar 31 2026 21:44:47 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 23297641 | ^ MEBN | | |
| | | Mar 31 2026 21:41:30 | Department Of Education - Mohela, PO Box 790453, St Louis, MO 63179-0453 |
| 23297644 | ^ MEBN | | |
| | | Mar 31 2026 21:40:42 | Enterprise, PO Box 843369, Kansas City, MO 64184-3369 |
| 23297646 | + Email/Text: disclosures@forafinancial.com | | |
| | | Mar 31 2026 21:41:00 | Fora Financial Advance LLC, 1385 Broadway, 15th Floor, New York, NY 10018-6015 |
| 23297647 | + Email/Text: EBNBKNOT@ford.com | | |
| | | Mar 31 2026 21:42:00 | Ford Credit, PO Box 35911, Cleveland, OH 44135-0911 |
| 23297648 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | | |
| | | Mar 31 2026 21:41:00 | Goldman Sachs Bank USA, 200 West Street, New York, NY 10282-2198 |
| 23297649 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | | |
| | | Mar 31 2026 21:41:00 | Goldman Sachs Bank USA, Salt Lake City Branch, Loc, PO Box 7247, Philadelphia, PA 19170-0001 |
| 23297651 | + Email/Text: bankruptcy@ondeck.com | | |
| | | Mar 31 2026 21:42:00 | Headway Capital, 4700 W Daybreak Pkwy, Suite 200, South Jordan, UT 84009-5133 |
| 23297654 | + EDI: IRS.COM | | |
| | | Apr 01 2026 01:31:00 | IRS, Special Procedures-Insolvency, PO Box 7346, Philadelphia, PA 19101-7346 |

District/off: 0539-4 | User: admin | Page 3 of 4
Date Rcvd: Mar 31, 2026 | Form ID: 309A | Total Noticed: 79

| 23297656 | + Email/Text: dallas.bankruptcy@LGBS.com | Mar 31 2026 21:41:00 | LGBS, 100 Throckmorton St # 300, Fort Worth, TX 76102-2833 |
|---|---|---|---|
| 23297655 | + Email/Text: bankruptcymail@leafnow.com | Mar 31 2026 21:41:00 | Leaf Capital Funding LLC, 2005 Market Street, 14th Floor, Philadelphia, PA 19103-7009 |
| 23297657 | + Email/Text: bankruptcy@bbandt.com | Mar 31 2026 21:41:00 | Lightstream, PO Box 117320, Atlanta, GA 30368-7320 |
| 23297659 | + Email/Text: dallas.bankruptcy@LGBS.com | Mar 31 2026 21:41:00 | Linebarger Goggan Blair & Sampson, 3500 Maple Avenue Suite 800, Dallas, TX 75219-3959 |
| 23297660 | + EDI: CITICORP | Apr 01 2026 01:31:00 | Macy's/Citi, PO Box 6776, Sioux Falls, SD 57117-6776 |
| 23297661 | + Email/Text: MVWBANKRUPTCY@MVWC.COM | Mar 31 2026 21:41:00 | Marriott Ownership Resorts Inc, 7812 Palm Parkway, Orlando, FL 32836-6418 |
| 23297662 | + Email/Text: nsm_bk_notices@mrcooper.com | Mar 31 2026 21:40:00 | Mr. Cooper / Nationstar, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 23297665 | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Mar 31 2026 21:41:00 | Nelnet, Attn: Claims, PO Box 82505, Lincoln, NE 68501-2505 |
| 23297664 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Mar 31 2026 21:41:00 | Nelnet, PO Box 82505, Lincoln, NE 68501-2505 |
| 23297666 | + EDI: NTXTOLWAY | Apr 01 2026 01:31:00 | North Texas Tollway Authority, PO Box 660244, Dallas, TX 75266-0244 |
| 23297667 | + Email/Text: emccain@pbfcm.com | Mar 31 2026 21:41:00 | Perdue Brandon Fielder Collins and Mott LLP, 500 E. Border #640, Arlington, TX 76010-7457 |
| 23297674 | EDI: SYNC | Apr 01 2026 01:31:00 | SYNCB/Care Credit, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 23297673 | + EDI: SYNC | Apr 01 2026 01:31:00 | SYNCB/Care Credit, PO Box 965061, Orlando, FL 32896-5061 |
| 23297675 | + EDI: SYNC | Apr 01 2026 01:31:00 | SYNCB/JC Penny, PO Box 965009, Orlando, FL 32896-5009 |
| 23297676 | + EDI: SYNC | Apr 01 2026 01:31:00 | SYNCB/Sams Club, PO Box 965004, Orlando, FL 32896-5004 |
| 23297670 | + EDI: SALLIEMAEBANK.COM | Apr 01 2026 01:31:00 | Sallie Mae, PO Box 3319, Wilmington, DE 19804-4319 |
| 23297677 | + EDI: SYNC | Apr 01 2026 01:31:00 | Synchrony Bank/Amazon, PO Box 71711, Philadelphia, PA 19176-1711 |
| 23297672 | Email/Text: pacer@cpa.state.tx.us | Mar 31 2026 21:42:00 | State Comptroller, Revenue Accounting Division, PO Box 13528, Austin, TX 78711 |
| 23297680 | + Email/Text: bcd@oag.texas.gov | Mar 31 2026 21:41:00 | Texas Attorney General's Office, Bankruptcy-Collections Div., PO Box 12548, Austin, TX 78711-2548 |
| 23297681 | + Email/Text: collections.pacer@twc.texas.gov | Mar 31 2026 21:42:00 | Texas Workforce Comm., TEC Building-Bankruptcy, 101 E. 15th Street, Austin, TX 78778-0001 |
| 23297686 | + Email/Text: bankruptcy@bbandt.com | Mar 31 2026 21:41:00 | Truist Bank, Attn: Bankruptcy, 214 North Tryon St, Charlotte, NC 28202-1078 |
| 23297687 | + Email/Text: ustpregion06.da.ecf@usdoj.gov | Mar 31 2026 21:41:00 | U.S. Trustee, 1100 Commerce St., Rm 976, Dallas, TX 75242-0996 |

TOTAL: 49

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

District/off: 0539-4                    User: admin                         Page 4 of 4

Date Rcvd: Mar 31, 2026                 Form ID: 309A                       Total Noticed: 79

**Recip ID**   **Bypass Reason**   **Name and Address**
23297619       *+                  Aqua Finance, Inc., PO Box 1143, Wausau, WI 54402-1143

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2026                     Signature:        /s/Gustava Winters

<table>
<tr><td colspan="2">Information to identify the case:</td></tr>
</table>

| | | |
|---|---|---|
| Debtor 1: | Kenneth William Bergeron<br>First Name    Middle Name    Last Name | Social Security number or ITIN:  xxx–xx–0284<br>EIN:  _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | Cori Laverne Bergeron<br>First Name    Middle Name    Last Name | Social Security number or ITIN:  xxx–xx–9726<br>EIN:  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court:  Northern District of Texas | | Date case filed for chapter:    7    3/30/26 |
| Case number:  26–41389–elm7 | | |

Official Form 309A (For Individuals or Joint Debtors)

**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim
Deadline**    10/20                                                                                           10/20

---

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has
been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about
the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not
take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot
sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot
demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and
punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all,
although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who
want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within
the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at
the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification
Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document
filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of
a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file
with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Kenneth William Bergeron | Cori Laverne Bergeron |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 15330 Sam Reynolds Rd<br>Justin, TX 76247 | 15330 Sam Reynolds Rd<br>Justin, TX 76247 |
| 4. | **Debtor's attorney**<br>Name and address | Clayton Everett<br>515 E. Border St.<br>Ste 163<br>76010<br>Arlington, TX 76010 | Contact phone 817–704–3984<br><br>Email:  clayton@norredlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Laurie Dahl Rea<br>Rochelle McCullough LLP<br>300 Throckmorton Street<br>Ste 520<br>Fort Worth, TX 76102 | Contact phone 817–347–5260 |

For more information, see page 2 >

Debtor  **Kenneth William Bergeron** and  **Cori Laverne Bergeron**                    Case number **26–41389–elm7**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 501 W. Tenth Street<br>Fort Worth, TX 76102 | Hours open:<br>Mon.–Fri. 8:30–4:30<br><br>Contact phone 817–333–6000<br><br>Date: 3/30/26 |

| | | | |
|---|---|---|---|
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 6, 2026 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 418 645 6820, and Passcode 5413671220, OR call 1–469–218–8239**<br><br>For additional meeting information, go to https://www.justice.gov/ust/moc |

| | | |
|---|---|---|
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. |

| | | |
|---|---|---|
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 7/6/26** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| | | |
|---|---|---|
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |

| | | |
|---|---|---|
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | | |
|---|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |