IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF TEXAS

| | | | |
|---|---|---|---|
| In RE: | KENNETH WILLIAM BERGERON | § | Case Number:    26-41389-ELM-7 |
| | CORI LAVERNE BERGERON | § | |
| | Debtor(s) | § | Chapter:    7 |

### REQUEST FOR NOTICE UNDER BANKRUPTCY RULE 2002

PLEASE TAKE NOTICE THAT BMO Bank N.A. hereby gives notice as follows:

Pursuant to 11 U.S.C. §342(f)(1), AIS Portfolio Services, LLC hereby requests that:

(i)          all notices given or required to be given in the case; and

(ii)         all pleadings and correspondence served or required to be served in this case,

regarding BMO Bank N.A. should be directed to AIS Portfolio Services, LLC at the following mailing address effective immediately:

Attn:  BMO Bank N.A. Department
AIS Portfolio Services, LLC
Account:  XXXXXX4758
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

This request encompasses all notices, copies and pleadings referred to in Rules 2002, 9007 or 9008 of the Bankruptcy Rules, including, without limitation, notices of any Orders, Motions, Demands, Complaints, Petitions, Pleadings, Requests, Applications, Schedules, Statements, Plans, and any other documents brought before this court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telecopier, telex, or otherwise which affects or seeks to affect the above case.

Respectfully submitted,

/s/ Amitkumar Sharma
Amitkumar Sharma

Claims Processor

Bankruptcy Servicer for BMO Bank N.A.
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
(833)965-2371, Fax (817) 461-8070
ECFNotices@aisinfo.com
File # 1863020