UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FT. WORTH DIVISION

IN RE:                                                          CASE NO.: 26-41389-elm7

Kenneth William Bergeron                                        CHAPTER: 7
*and* Cori Laverne Bergeron


        Debtors.
_____/


### NOTICE OF APPEARANCE and REQUEST FOR SERVICE

NOW COMES, **Albertelli Law**, who states that its legal services have been retained on behalf of **Amerihome Mortgage Company LLC**, and Albertelli Law, enters its appearance as counsel of record and requests notice of all motions and pleadings filed in this action.


        The undersigned respectfully requests the following to be added to the Court's Mailing Matrix in according to Rule 2002(g)


                                        */s/ Jeffrey S. Fraser*
                                        Jeffrey S. Fraser
                                        Florida Bar No. 85894
                                        *Admitted to all federal district courts in*
                                        *and for the state of Texas (N.D., S.D., W.D., E.D.)*
                                        Albertelli Law
                                        6565 N. MacArthur Blvd., Suite 470
                                        Irving, TX 75039
                                        Email: jfraser@alaw.net

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of April 2026, I caused a true and correct copy of the foregoing, and all attachments, to be served upon each of the entities named below via the court's notice of electronic filing or via Regular U.S. Mail as follows.

_/s/ Jeffrey S. Fraser_
Jeffrey S. Fraser
Florida Bar No. 85894
*Admitted to all federal district courts in*
*and for the state of Texas (N.D., S.D., W.D., E.D.)*
Albertelli Law
6565 N. MacArthur Blvd., Suite 470
Irving, TX 75039
Email: jfraser@alaw.net

**SERVICE LIST**
Kenneth William Bergeron
15330 Sam Reynolds Rd
Justin, TX 76247

Cori Laverne Bergeron
15330 Sam Reynolds Rd
Justin, TX 76247

Clayton Everett
515 E. Border St.
Ste 163
76010
Arlington, TX 76010

Laurie Dahl Rea, Trustee
Rochelle McCullough LLP
300 Throckmorton Street
Ste 520
Fort Worth, TX 76102

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75202

ALAW FILE NO. 26-005945