Albertelli LAW
Jeffery Fraser
FL Bar No. 85894
*Admitted to ND of Texas*
6565 N. MacArthur Drive,
Suite 470
Irving, TX 75039

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FT. WORTH DIVISION

| | |
|---|---|
| IN RE: | § CASE NO: 26-41389-elm7 |
| | § |
| KENNETH WILLIAM BERGERON and, | § CHAPTER 7 |
| CORI LAVERNE BERGERON | § |
| Debtors. | § |
| | § |

| | |
|---|---|
| AMERIHOME MORTGAGE | § |
| COMPANY LLC | § |
| Movant, | § |
| | § |
| v. | § |
| | § |
| KENNETH WILLIAM BERGERON and, | §EDWARD L. MORRIS |
| CORI LAVERNE BERGERON, Debtors | § |
| LAURIE DAHL REA, Trustee | § |
| Respondents. | § |

MOTION OF AMERIHOME MORTGAGE COMPANY LLC FOR RELIEF FROM
STAY OF ACTION AGAINST DEBTOR PURSUANT TO 11 U.S.C. § 362(d),
ABANDONMENT PURSUANT §554(b) AND WAIVER OF THIRTY DAY
REQUIREMENT PURSUANT TO § 362(e)

NOTICE - RESPONSE REQUIRED

PURSUANT TO LOCAL BANKRUPTCY RULE 4001-1(b), A RESPONSE IS REQUIRED
TO THIS MOTION, OR THE ALLEGATIONS IN THE MOTION MAY BE DEEMED
ADMITTED, AND AN ORDER GRANTING THE RELIEF SOUGHT MAY BE ENTERED
BY DEFAULT.

ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK OF THE
UNITED STATES BANKRUPTCY COURT AT ELDON B. MAHON U.S. COURTHOUSE,
501 W. 10TH ST., RM. 147, FORT WORTH, TX 76102-3643 BEFORE CLOSE OF
BUSINESS ON  APRIL 27, 2026 , WHICH IS AT LEAST 14 DAYS FROM THE DATE OF
SERVICE HEREOF. A COPY SHALL BE SERVED UPON COUNSEL FOR THE MOVING
PARTY AND ANY TRUSTEE OR EXAMINER APPOINTED IN THE CASE.

ANY RESPONSE SHALL INCLUDE A DETAILED AND COMPREHENSIVE STATEMENT
AS TO HOW THE MOVANT CAN BE "ADEQUATELY PROTECTED" IF THE STAY IS TO
BE CONTINUED.

**Amerihome Mortgage Company LLC** ("Movant") hereby moves this Court, pursuant to 11 U.S.C. §362, for relief from the automatic stay (and abandonment pursuant to §554(b)) with respect to certain real property of the Debtor having an address of **221 Butternut Gln, Holly Lake Ranch, Texas 75765** (the "Property"). The facts and circumstances supporting this Motion are set forth in the Affidavit in Support of Motion for Relief from Automatic Stay filed contemporaneously herewith (the "Affidavit"). In further support of this Motion, Movant respectfully states:

1.      This Motion is brought pursuant to 11 U.S.C. §§ 362(d)(1) and 554, in accordance with Rule 4001 of the Bankruptcy Rules.

2.      A petition under Chapter 7 of the United States Bankruptcy Code was filed with respect to the Debtor on March 30, 2026.

3.      Cori Bergeron (the "Debtor") executed and delivered or are otherwise obligated with respect to that certain promissory note in the original principal amount of $**261,000.00** (the "Note"). A true and correct copy of the Note is attached hereto as Exhibit A. Movant is an entity entitled to enforce the Note.

4.      Pursuant to that certain Deed of Trust (the "Deed of Trust"), all obligations (collectively, the "Obligations") of the Debtors under and with respect to the Note and the Deed of Trust are secured by the Property. A true and correct copy of the Deed of Trust along with the Assignment of Deed of Trust is attached hereto as Exhibit B.

5.      The legal description of the Property is set forth in the Deed of Trust, a copy of which is attached hereto, and such description is incorporated and made a part hereof by reference.

6.      As of April 1, 2026, the Debtors have failed to maintain current, c o n t r a c t u a l payments    due    under    the    Note    and    is    in    arrears    for    three    (3)    payments

through and including the April 1, 2026 payment, minus a suspense balance of $0.00, for a total

contractual payment arrearage of **$7,084.20.**

| Contractual Due Date | Amount Due |
|---|---|
| 2/1/2026 | $2,361.40 |
| 3/1/2026 | $2,361.40 |
| 4/1/2026 | $2,361.40 |
| Less Suspense: | (0.00) |
| Total Due: | $7,084.20 |

7.       The outstanding indebtedness owed to Movant as of April 1, 2026, is

**$277,307.67,** including principal balance, interest, pro rata MIP/PMI and fees, as provided in the

Note and Deed of Trust.

8.       The estimated market value of the Property is **$296,333.00**. The basis for such

valuation is Debtor's Schedule A/D.

9.       Pursuant to the Statement of Intention, the Debtor proposes to retain the Collateral

and per according to the contract with Movant. Notwithstanding the Debtor's intent, and *slight*

appearance of equity, the Debtor has failed to maintain payments as they have become due which

constitutes cause to terminate the automatic stay provided by 11 U.S.C. §362(a).

10.       By reason of the foregoing, Movant requests the Court to terminate the stay so

Movant may proceed to foreclose in accordance with its Note and Deed of Trust. Movant reserves

the right to assert an 11 U.S.C. §362(d)(2) Cause of Action, if appropriate, at the hearing on

Movant's Motion for Relief.

11.       Finally, Movant respectfully requests that the court include language in an order

on this Motion abandoning the Collateral pursuant to §554(b) as the Collateral is of inconsequential

value and benefit to the estate.

12.       The provision of Rule 4001(a)(4) should be waived, and Movant be permitted to

immediately enforce and implement any order granting relief from the automatic stay.

WHEREFORE, Movant prays that this Court issue an Order terminating or modifying the stay and granting the following:

a)      Relief from the stay allowing Movant (and any successors or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property.

b)      That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

c)      That the Order provide that the Property is abandoned.

d)      That the 14-day stay described by Bankruptcy Rule 4001(a)(4) be waived.

e)      For such other relief as the Court deems proper.

Respectfully submitted,

*/s/ Jeffrey S. Fraser*
Jeffrey S. Fraser
Florida Bar No. 85894
*Admitted to all federal district courts in  and for the state of Texas (N.D., S.D., W.D., E.D.)*
**Albertelli Law**
6565 N. MacArthur Drive, Suite 470
Irving, TX 75039 Email:
jfraser@alaw.net

**CERTIFICATE OF CONFERENCE**

I hereby certify that on April 10, 2026, prior to filing the foregoing Motion, I contacted counsel of record for the Debtor regarding the relief requested herein by electronic mail.

( ) Debtor's counsel indicated that Debtor is opposed to the relief requested herein.
(x) As of the time of filing, I have not received a response from Debtor's counsel.

BY:     */s/ Jeffrey S. Fraser*
Jeffrey S. Fraser

## CERTIFICATE OF SERVICE

I hereby certify that on  April 13, 2026, a true and correct copy of the foregoing Motion for Relief from Stay was served via electronic means as listed on the Court's ECF noticing system or by regular first class mail to the parties on the attached list.

*Mailing Matrix*

Kenneth William Bergeron and,
Cori Laverne Bergeron
15350 Sam Reynolds Rd
Justin, TX 76247

Clayton Everett
515 E. Border St.
Suite 163
Arlington, TX 76010

Laurie Dahl Rea
Rochelle McCullough LLP
300 Throckmorton Street
Suite 520
Fort Worth, TX 76102

United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75202

*/s/ Jeffrey S. Fraser*
Jeffrey S. Fraser
Florida Bar No. 85894
*Admitted to all federal district courts in*
*and for the state of Texas (N.D., S.D., W.D., E.D.)*
**Albertelli Law**
6565 N. MacArthur Drive Suite 470
Irving, TX 75039 Email:
jfraser@alaw.net