IN THE UNITED STATES BANKRUPTCY
COURT FOR THE NORTHERN DISTRICT OF
TEXAS
FT. WORTH DIVISION

| | |
|---|---|
| IN RE: | § CASE NO: 26-41389-elm7 |
| § | |
| KENNETH WILLIAM BERGERON and, | § CHAPTER 7 |
| CORI LAVERNE BERGERON | § |
| Debtors. § | |
| § | |

| | |
|---|---|
| AMERIHOME MORTGAGE | § |
| COMPANY LLC | |
| § | |
| Movant, | § |
| | § |
| v. | § |
| | § |
| KENNETH WILLIAM BERGERON and, | § EDWARD L. MORRIS |
| CORI LAVERNE BERGERON, Debtors | § |
| LAURIE DAHL REA, Trustee | § |
| Respondents. | § |

AFFIDAVIT OF MOTION OF AMERIHOME MORTGAGE COMPANY LLC FOR
RELIEF FROM STAY OF ACTION AGAINST DEBTOR PURSUANT TO 11 U.S.C. §
362(d), ABANDONMENT PURSUANT §554(b) AND WAIVER OF THIRTY DAY
REQUIREMENT PURSUANT TO § 362(e)

STATE OF __South Carolina__          §

COUNTY OF___Lancaster___          §

I, ___Thomas Abballe___, being first duly sworn on oath, deposes and
states as follows:

1.     I am over the age of eighteen and am authorized to make this affidavit on
behalf of ServiceMac, LLC, its appointed Attorney in Fact for Amerihome Mortgage
Company LLC ("Movant").

2.      I am an employee and duly authorized representative of Movant and hereby make this Affidavit in all capacity. All facts recited herein are within my personal knowledge of all records concerning the account with Debtor(s) are true and correct.

3.      In the course of my employment, I have become familiar with the manner and method in which Movant maintains its books and records in its regular course of

business. Those books and records are managed by employees and agents whose duty it is to keep the books and records accurately and completely and to record each event or item at or near the time of the event or item so noted.

4.      I am familiar with the books and records related to the Note secured by Deed of Trust covering certain real property located at: <u>221 Butternut Gln, Holly Lake Ranch, Texas 75765</u> and more particularly described in the Deed of Trust.

5.      The Note and/or Deed of Trust, in the original principal amount of $ $261,000.00 and dated October 6, 2023, were executed by the Original Mortgagor(s): Cori Bergeron and Kenneth Bergeron. True and correct copies of the Note and Deed of Trust are attached to the Motion as Exhibits "A" and "B".

6.      Debtor is in default on the obligations to Movant, in that Debtor has failed to make installment payments when due and owing pursuant to the terms of the above-described Note and/or Deed of Trust.

7.      As of April 1, 2026, the Debtors have failed to maintain contractual payments due under the Note and is in arrears for three (3) payments through and including the April 1, 2026, minus a suspense balance of $0.00, for a total contractual payment arrearage of **$7,084.20.**

| Contractual Due Date | Amount Due |
|---|---|
| 2/1/2026 | $2,361.40 |
| 3/1/2026 | $2,361.40 |
| 4/1/2026 | $2,361.40 |
| Less Suspense: | ($0.00) |
| Total Due: | $7,084.20 |

8.     The outstanding indebtedness owed to Movant as of April 1, 2026, is **$277,307.67,** including principal balance, interest, pro rata MIP/PMI and fees, as provided in the Note and Deed of Trust.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this _10_ day of _____April_____, 2026.

_____
Amerihome Mortgage Company LLC by ServiceMac, LLC its appointed Attorney in Fact
Name: Thomas Abballe
Title: Vice-President

| | |
|---|---|
| A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document. | |

State of __South Carolina__

County of __Lancaster__

Subscribed and sworn to (or affirmed) before me on this _10_ day of _____April_____, 2026, by __Thomas Abballe, Vice-President__, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_Cleopatra S allen_____  (Seal)

CLEOPATRA S. ALLEN
NOTARY PUBLIC
SOUTH CAROLINA
NOTARY ID# 10345142
MY COMMISSION EXPIRES 03-05-36