IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FT. WORTH DIVISION

| | |
|---|---|
| IN RE: | § CASE NO: 26-41389-elm7 |
| | § |
| KENNETH WILLIAM BERGERON and, | § CHAPTER 7 |
| CORI LAVERNE BERGERON | § |
| Debtors. | § |
| | § |
| | |
| AMERIHOME MORTGAGE | § |
| COMPANY LLC | § |
| Movant, | § |
| | § |
| v. | § |
| | § |
| KENNETH WILLIAM BERGERON and, | § |
| CORI LAVERNE BERGERON, Debtors | §EDWARD L. MORRIS |
| LAURIE DAHL REA, Trustee | § |
| Respondents. | § |

ORDER LIFTING AUTOMATIC STAY AND
ABANDONING PROPERTY

**Amerihome Mortgage Company LLC** ("Movant") filed a Motion for Relief from

Automatic Stay, seeking to foreclose on Debtor's real property located at **221 Butternut Gln,**

**Holly Lake Ranch, Texas 75765** (the "Property").  Neither Debtor, nor Debtor's counsel

opposed the relief sought, and the Chapter 7 Trustee did not oppose the Motion.  It is hereby

**ORDERED, ADJUDGED AND DECREED**

1. That the motion is ***granted***: the automatic stay of 11 U.S.C. §362(a) is lifted to allow Movant to proceed with its remedies, as allowed by its contract and state law, to proceed to advertise and foreclose the Property and then to apply the proceeds there from to its lawful claim.

2. That the Property is also abandoned, pursuant to §554(b).

3. That the fourteen (14) day stay period otherwise imposed by Fed. R. Bankr. P. 4001(3) shall not be applicable to this Order.

**##END OF ORDER##**

Submitted By:

*/s/ Jeffrey S. Fraser*
Jeffrey S. Fraser
Florida Bar No. 85894
*Admitted to all federal district courts in*
*and for the state of Texas (N.D., S.D., W.D., E.D.)*
**Albertelli Law**
6565 N. MacArthur Drive
Suite 470
Irving, TX 75039
Email: jfraser@alaw.net