Albertelli LAW
Jeffery Fraser
FL Bar No. 85894
*Admitted to Northern District of Texas*
6565 N. MacArthur Blvd.,
Suite 470
Irving, TX 75039

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FT. WORTH DIVISION

| | |
|---|---|
| IN RE: | § CASE NO: 26-41389-elm7 |
| | § |
| KENNETH WILLIAM BERGERON and, | § CHAPTER 7 |
| CORI LAVERNE BERGERON | § |
| Debtors. | § |
| | § |
| | |
| AMERIHOME MORTGAGE | § |
| COMPANY LLC | § |
| Movant, | § |
| | § |
| v. | § |
| | § |
| KENNETH WILLIAM BERGERON and, | § |
| CORI LAVERNE BERGERON, Debtors | §EDWARD L. MORRIS |
| LAURIE DAHL REA, Trustee | § |
| Respondents. | § |

### <u>NOTICE OF HEARING</u>

Please be advised that the Court will hear the Motion of Amerihome Mortgage Company LLC for Relief from Automatic Stay of Action Against Real Property Known as **221 Butternut Gln, Holly Lake Ranch, Texas 75765.**  Pursuant To 11 U.S.C. §362(d), With Waiver Of Thirty Day Requirement Pursuant To § 362(e) on  **April 29, 2026 at 9:30 AM** before the Honorable Edward L. Morris via Web Ex: https://us-courts.webex.com/meet/morris  Meeting Number: 2309-445-3213 or Wed Ex Telephonic: Dial-In: 1.650.479.3207 Access Code: 2309 445 3213.

Respectfully submitted,

 */s/ Jeffrey S. Fraser*
Jeffrey S. Fraser

## CERTIFICATE OF SERVICE

I hereby certify that on or before the  13th  day of  April, 2026, a true and correct copy of the foregoing Notice of Hearing was served via electronic means as listed on the Court's ECF noticing system or by regular first class mail to the parties on the attached list.

/s/ *Jeffrey S. Fraser*
Jeffrey S. Fraser

## SERVICE LIST

*Mailing Matrix*

Kenneth William Bergeron and,
Cori Laverne Bergeron
15330 Sam Reynolds Rd
Justin, TX 76247

Clayton Everett
515 E. Border St.
Suite 163
Arlington, TX 76010

Laurie Dahl Rea
Rochelle McCullough LLP
300 Throckmorton Street
Ste 520
Fort Worth, TX 76102

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75202

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FT. WORTH DIVISION

| | |
|---|---|
| IN RE: | § CASE NO: 26-41389-elm7 |
| | § |
| KENNETH WILLIAM BERGERON and, | § CHAPTER 7 |
| CORI LAVERNE BERGERON | § |
| Debtors. | § |
| | § |
| | |
| AMERIHOME MORTGAGE | § |
| COMPANY LLC | § |
| Movant, | § |
| | § |
| v. | § |
| | § |
| KENNETH WILLIAM BERGERON and, | § |
| CORI LAVERNE BERGERON, Debtors | §EDWARD L. MORRIS |
| LAURIE DAHL REA, Trustee | § |
| Respondents. | § |

ORDER LIFTING AUTOMATIC STAY AND
ABANDONING PROPERTY

**Amerihome Mortgage Company LLC** ("Movant") filed a Motion for Relief from

Automatic Stay, seeking to foreclose on Debtor's real property located at **221 Butternut Gln,**

**Holly Lake Ranch, Texas 75765** (the "Property"). Neither Debtor, nor Debtor's counsel

opposed the relief sought, and the Chapter 7 Trustee did not oppose the Motion. It is hereby

**ORDERED, ADJUDGED AND DECREED**

1.      That the motion is ***granted***: the automatic stay of 11 U.S.C. §362(a) is lifted to allow Movant to proceed with its remedies, as allowed by its contract and state law, to proceed to advertise and foreclose the Property and then to apply the proceeds there from to its lawful claim.

2.      That the Property is also abandoned, pursuant to §554(b).

3.      That the fourteen (14) day stay period otherwise imposed by Fed. R. Bankr. P. 4001(3) shall not be applicable to this Order.

**##END OF ORDER##**

Submitted By:

*/s/ Jeffrey S. Fraser*
Jeffrey S. Fraser
Florida Bar No. 85894
*Admitted to all federal district courts in*
*and for the state of Texas (N.D., S.D., W.D., E.D.)*
**Albertelli Law**
6565 N. MacArthur Drive
Suite 470
Irving, TX 75039
Email: jfraser@alaw.net

Albertelli LAW
Jeffery Fraser
FL Bar No. 85894
Admitted to ND of Texas
5404 Cypress Center Drive, Suite 300
Tampa, FL 33609
Texas Address:
6565 N. MacArthur Drive
Suite 470
Irving, TX 75039

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FT. WORTH DIVISION

| | |
|---|---|
| IN RE: | § CASE NO: 26-41389-elm7 |
| | § |
| KENNETH WILLIAM BERGERON and, | § CHAPTER 7 |
| CORI LAVERNE BERGERON | § |
| Debtors. | § |
| | § |
| AMERIHOME MORTGAGE | § |
| COMPANY LLC | § |
| Movant, | § |
| | § |
| v. | § |
| | § |
| KENNETH WILLIAM BERGERON and, | § EDWARD L. MORRIS |
| CORI LAVERNE BERGERON, Debtors | § |
| LAURIE DAHL REA, Trustee | § |
| Respondents. | § |

## CERTIFICATE OF SERVICE

I hereby certify that on 13th day of April, 2026, a true and correct copy of the foregoing Affidavit in Support of Motion for Relief from Stay was served via electronic means as listed on the Court's ECF noticing system or by regular first class mail to the parties on the attached list.

BY:     /s/ Jeffrey S. Fraser
Jeffrey S. Fraser
Florida Bar No. 85894
*Admitted to all federal district courts in and for*
*the state of Texas (N.D., S.D., W.D., E.D.)*
**Albertelli Law**
6565 N. MacArthur Drive Suite 470
Irving, TX 75039
Email: jfraser@alaw.net

*Mailing Matrix*

Kenneth William Bergeron and,
Cori Laverne Bergeron
15330 Sam Reynolds Rd
Justin, TX 76247

Clayton Everett
515 E. Border St.
Suite 163
Arlington, TX 76010

Laurie Dahl Rea
Rochelle McCullough LLP
300 Throckmorton Street
Ste 520
Fort Worth, TX 76102

United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75202