**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS (FT. WORTH)**

| | |
|---|---|
| **IN RE:** <br> Kenneth William Bergeron and <br> Cori Laverne Bergeron <br><br> **Debtor(s)** | **Case No.** 26-41389-ELM7 |
| Ally Bank, <br><br> **Movant** | **Chapter** 7 |
| **v.** <br><br> Kenneth William Bergeron and <br> Cori Laverne Bergeron     **Debtor(s)** <br><br> Laurie Dahl Rea     **Chapter 7 Trustee** <br><br> **Respondent(s)** | |

### ORDER GRANTING ALLY BANK'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY RE: 2023 Chevrolet Silverado 1500 Crew Cab Custom 2.7L I4 Turbo, VIN # 3GCPABEK9PG195832

On this day came on to be considered the Motion for Relief from the Automatic Stay ("Motion") filed by Ally Bank ("Movant") in the above-referenced case. The Court finds that the Motion was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure and that it contained the appropriate fourteen (14-day) negative notice language. The Court finds that good cause exists for entry of the following order.

**IT IS THEREFORE ORDERED** that the Motion is hereby **GRANTED** to authorize Movant to enforce all its rights and remedies in the Collateral (2023 Chevrolet Silverado 1500 Crew Cab Custom 2.7L I4 Turbo, V.I.N # 3GCPABEK9PG195832) as permitted under contract and State law, and if applicable, to permit Movant to file an unsecured claim for any remaining deficiency balance.

**IT IS FURTHER ORDERED** that, since the Motion was unopposed by any party, the fourteen (14)-day stay period otherwise imposed by Fed. R. Bankr. P. 4001(a)(4) is waived.

### END OF ORDER ###

Prepared By:

Patrick M. Lynch
State Bar #24065655
Quilling, Selander, Lownds, Winslett & Moser, P.C.
2200 Ross Avenue Suite 2400
Dallas, TX 75201
Telephone: (214) 880-1864
Fax: (214) 871-2111
plynch@qslwm.com

Attorney For Movant
Ally Bank