Patrick M. Lynch
State Bar Number State Bar #24065655
Quilling, Selander, Lownds, Winslett & Moser, P.C.
2200 Ross Avenue Suite 2400
Dallas, TX 75201
(214) 880-1864 (Telephone)
(214) 871-2111 (Telefax)
Email: plynch@qslwm.com

Attorney For Ally Bank

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS (FT. WORTH)**

| | |
|---|---|
| **IN RE:**<br>Kenneth William Bergeron and<br>Cori Laverne Bergeron<br><div align="right">**Debtor(s)**</div> | **Case No.** 26-41389-ELM7 |
| Ally Bank,<br><div align="right">**Movant.**</div><br>**v.**<br><br>Kenneth William Bergeron and<br>Cori Laverne Bergeron        **Debtor(s)**<br><br>Laurie Dahl Rea        **Chapter 7 Trustee**<br><br><div align="right">**Respondent(s)**</div> | **Chapter** 7<br>Hearing on Motion to lift Automatic Stay :<br>May 13, 2026<br>9:30 A.M. |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that the Court has scheduled a preliminary hearing in connection with

the Motion for Relief from the Automatic Stay filed by Ally Bank. The preliminary hearing will be held on

May 13, 2026, at 9:30 A.M., before the Honorable EDWARD L. MORRIS. The hearing will be

conducted .

Respectfully submitted:

Quilling, Selander, Lownds, Winslett &
Moser, P.C.

*/s/ Patrick M. Lynch*
Patrick M. Lynch
State Bar #24065655
2200 Ross Avenue Suite 2400
Dallas, TX 75201
Telephone: (214) 880-1864
Fax: (214) 871-2111
plynch@qslwm.com

Attorney For Movant, Ally Bank

**CERTIFICATE OF SERVICE**

I certify that on April 22, 2026, I caused to be served a true and correct copy of the foregoing Notice of Hearing by electronic mail or by first class mail with postage prepaid on the following:

*Via US Mail*

Kenneth William Bergeron
15330 Sam Reynolds Rd
Justin, TX 76247

Cori Laverne Bergeron
15330 Sam Reynolds Rd
Justin, TX 76247

Virgo Landscaping LLC
15330 Sam Reynolds Rd
Justin, TX 76247

*Via CM / ECF / NEF*

Clayton Everett
515 E. Border St., Ste 163 76010
Arlington, TX 76010
clayton@norredlaw.com

Laurie Dahl Rea
300 Throckmorton Street, Ste 520
Fort Worth, TX 76102
trusteelaurierea@gmail.com

U.S. TRUSTEE
1100 Commerce Street,
Room 976
Dallas, TX 75202
ustpregion06.da.ecf@usdoj.gov

*/s/ Cathy Bush*
4515 N. Santa Fe Ave.
Oklahoma City OK 73118