

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed May 7, 2026**

_____
**United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS (FT. WORTH)

| | |
|---|---|
| **IN RE:**<br>Kenneth William Bergeron and<br>Cori Laverne Bergeron<br><div align="right">**Debtor(s)**</div> | **Case No.** 26-41389-ELM7 |
| **Ally Bank,**<br><div align="right">**Movant**</div><br><br>**v.**<br><br>Kenneth William Bergeron and<br>Cori Laverne Bergeron      **Debtor(s)**<br><br>Laurie Dahl Rea      **Chapter 7 Trustee**<br><br><div align="right">**Respondent(s)**</div> | **Chapter** 7 |

### ORDER GRANTING ALLY BANK'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY RE: 2023 Chevrolet Silverado 1500 Crew Cab Custom 2.7L I4 Turbo, VIN # 3GCPABEK9PG195832

On this day came on to be considered the Motion for Relief from the Automatic Stay ("Motion") filed by Ally Bank ("Movant") in the above-referenced case. The Court finds that the Motion was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure and that it contained the appropriate fourteen (14-day) negative notice language. The Court further finds that no response in opposition to the Motion has been filed.  Therefore, the Court finds that good cause exists to grant the relief requested as unopposed.

**IT IS THEREFORE ORDERED** that the Motion is hereby **GRANTED**; and

**IT IS FURTHER ORDERED** that the automatic stay of 11 U.S.C. section 362(a) is hereby MODIFIED to permit Movant to enforce all its rights and remedies in the Collateral (2023 Chevrolet Silverado 1500 Crew Cab Custom 2.7L I4 Turbo, V.I.N # 3GCPABEK9PG195832) as permitted under contract and State law; and

**IT IS FURTHER ORDERED** that, since the Motion was unopposed by any party, the fourteen (14)-day stay period otherwise imposed by Fed. R. Bankr. P. 4001(a)(4) is waived.

### END OF ORDER ###