BTXN 112 (rev. 10/02)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:                                                    §
Kenneth William Bergeron                                  §      Case No.:  26–41389–elm7
Cori Laverne Bergeron                                     §      Chapter No.:  7
                                    Debtor(s)             §

## ORDER APPROVING TRUSTEE REPORT AND DISCHARGING TRUSTEE

The Trustee appointed in the above listed case has filed the Trustee's Report. It is, therefore

**ORDERED** that the trustee be discharged.


DATED:  7/8/26                          FOR THE COURT:
                                        Stephen J Manz, Clerk of Court