United States Bankruptcy Court

Northern District of Texas

In re:                                                                                    Case No. 26-41389-elm

Kenneth William Bergeron                                                   Chapter 7

Cori Laverne Bergeron
            Debtors

# CERTIFICATE OF NOTICE

District/off: 0539-4 | User: admin | Page 1 of 5
Date Rcvd: Jul 09, 2026 | Form ID: 318 | Total Noticed: 87

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kenneth William Bergeron, Cori Laverne Bergeron, 15330 Sam Reynolds Rd, Justin, TX 76247-6662 |
| 23297616 | + | AmeriHome Mortgage, PO Box 10826, Greenville, SC 29603-0826 |
| 23297617 | + | AmeriHome Mortgage, PO Box 100081, Duluth, GA 30096-9377 |
| 23297621 | + | BHG / County Bank, 19927 Shuttle Road, Rehoboth Beach, DE 19971-4214 |
| 23297622 | + | BHG / Pinnacle Bank, 150 Third Avenue South, Suite 900, Nashville, TN 37201-2034 |
| 23297626 | | BSW Surgical Hospital Trophy Club, 2850 Tx-114, Trophy Club, TX 76262 |
| 23297623 | + | Bluegreen Vacations, PO Box 4164, Boston, MA 02211-4164 |
| 23297625 | + | Brackett & Ellis, 100 Main St., Fort Worth, TX 76102-3008 |
| 23297632 | + | Chord Technologies LLC, 15330 Sam Reynolds Rd, Justin, TX 76247-6662 |
| 23297634 | + | Citi Advantage Business loan, PO Box 790046, St. Louis, MO 63179-0046 |
| 23297642 | + | Disney Vacation Development LLC, 215 Celebration Place, Celebration, FL 34747-5400 |
| 23297643 | + | Disney Vacation Development LLC, 215 Celebration Place, Kissimmee, FL 34747-5400 |
| 23297645 | ++ | FIFTH THIRD BANK, MD# ROPS05 BANKRUPTCY DEPT, 1850 EAST PARIS SE, GRAND RAPIDS MI 49546-6253 address filed with court:, Fifth Third Bank, PO Box 630778, Cincinnati, OH 45263 |
| 23297650 | + | Green Country Bookkeeping, LLC, 1300 Shropshire Ct., Keller, TX 76248-8707 |
| 23297652 | + | Holly Lake Ranch Association, 220 Holly Lodge Circle, Holly Lake Ranch, TX 75765-7250 |
| 23297653 | + | Integrity Solutions Group, 4801 Lang N.E., Albuquerque, NM 87109-4474 |
| 23297658 | + | Likety Capital LLC, 6320 Canoga Ave, #1460, Woodland Hills, CA 91367-2562 |
| 23297663 | + | Neighborly, 1020 N University Parks Dr, Waco, TX 76707-3854 |
| 23297668 | + | Rick Barnes Tarrant County Tax Assessor, 100 E Weatherford, Fort Worth, TX 76196-0206 |
| 23297669 | + | Rise Alliance, 22w 38th Street, New York, NY 10018-6353 |
| 23297671 | + | Siteone Landscape Supply, 300 Colonial Center Pkwy, Suite 550, Roswell, GA 30076-4957 |
| 23297678 | + | Tax Division-US Dept. of Justice, 1700 Pacific Ave. Suite 3700, Dallas, TX 75201-4656 |
| 23297679 | + | Texas Alcoholic Beverage Commission-Taxing Authori, 5806 Mesa Dr., Austin, TX 78731-3765 |
| 23297682 | + | The Hartford, 301 Woods Park Drive, Clinton, NY 13323-1139 |
| 23297683 | + | Timeshare Cures, LLC, 607 State Hwy 165 Suite 8, Branson, MO 65616-3470 |
| 23297684 | + | Timeshare Legal Service, 3027 West Hwy 76, Suite 225, Branson, MO 65616-0002 |
| 23297685 | + | True Work Logistics, LLC, 9234 Cypress Creek Pkwy, Houston, TX 77070-6208 |
| 23297689 | + | Virgo Landscaping LLC, 15330 Sam Reynolds Rd, Justin, TX 76247-6662 |
| 23297690 | + | Wex Bank, PO Box 639, Portland, ME 04104-0639 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Jul 10 2026 01:53:00 | Ally Bank, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Jul 10 2026 01:53:00 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Jul 10 2026 01:53:00 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK |

District/off: 0539-4 | User: admin | Page 2 of 5
Date Rcvd: Jul 09, 2026 | Form ID: 318 | Total Noticed: 87

| | | | |
|---|---|---|---|
| | | | 73118-7901 |
| cr | + EDI: AISACG.COM | Jul 10 2026 01:53:00 | BMO Bank N.A. c/o AIS Portfolio Services LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + EDI: AISACG.COM | Jul 10 2026 01:53:00 | Ford Motor Credit Company LLC, c/o AIS Portfolio S, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + EDI: AISACG.COM | Jul 10 2026 01:53:00 | Ford Motor Credit Company, LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| cr | Email/Text: julie.parsons@mvbalaw.com | Jul 09 2026 22:07:00 | The County of Denton, Texas, McCreary Veselka Bragg & Allen, P.C., c/o Julie Anne Parsons, P.O. Box 1269, Round Rock, TX 78680-1269 |
| 23303048 | + EDI: AISACG.COM | Jul 10 2026 01:53:00 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 23297614 | + EDI: GMACFS.COM | Jul 10 2026 01:53:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 23297615 | + EDI: GMACFS.COM | Jul 10 2026 01:53:00 | Ally Financial, PO Box 380902, Bloomington, MN 55438-0902 |
| 23297618 | + EDI: AQUAFINANCE.COM | Jul 10 2026 01:54:00 | Aqua Finance, PO Box 1143, Wausau, WI 54402-1143 |
| 23297620 | ^ MEBN | Jul 09 2026 22:03:19 | Attorney General, Main Justice Bldg, Room 5111, 10th & Constitution Ave., N.W., Washington, DC 20530-0001 |
| 23297624 | ^ MEBN | Jul 09 2026 22:02:45 | BMO Bank, PO Box 6201, carol stream, IL 60197-6201 |
| 23305791 | + EDI: AISACG.COM | Jul 10 2026 01:53:00 | BMO Bank N.A., AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 23297629 | Email/Text: bankruptcy@cavps.com | Jul 09 2026 22:07:00 | Cavalry Portfolio Services, PO Box 27288, Tempe, AZ 85285 |
| 23297627 | + EDI: CAPITALONE.COM | Jul 10 2026 01:53:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 23297628 | + EDI: CAPITALONE.COM | Jul 10 2026 01:53:00 | Capital One - Business Card, PO Box 71083, Charlotte, NC 28272-1083 |
| 23297630 | + EDI: JPMORGANCHASE | Jul 10 2026 01:53:00 | Chase Business, PO Box 15123, Wilmington, DE 19850-5123 |
| 23297631 | + EDI: JPMORGANCHASE | Jul 10 2026 01:53:00 | Chase Disney Rewards Visa, Po Box 15123, Wilmington, DE 19850-5123 |
| 23297633 | + EDI: CITICORP | Jul 10 2026 01:53:00 | Citi, PO Box 790110, St Louis, MO 63179-0110 |
| 23297635 | + EDI: CITICORP | Jul 10 2026 01:53:00 | Citi Card Consumer Credit Cards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 23297636 | + EDI: CITICORP | Jul 10 2026 01:53:00 | Citi Card Credit Cards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 23297637 | + EDI: WFNNB.COM | Jul 10 2026 01:53:00 | Comenity Bank/Talbots, PO Box 182789, Columbus, OH 43218-2789 |
| 23297638 | + EDI: WFNNB.COM | Jul 10 2026 01:53:00 | Comenity Bank/Ulta, PO Box 183043, Columbus, OH 43218-3043 |
| 23297639 | ^ MEBN | Jul 09 2026 22:01:49 | Cornerstone, PO Box 82561, Lincoln, NE 68501-2561 |
| 23297640 | + Email/PDF: creditonebknotifications@resurgent.com | Jul 09 2026 22:05:36 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |

District/off: 0539-4                     User: admin                              Page 3 of 5

Date Rcvd: Jul 09, 2026                  Form ID: 318                             Total Noticed: 87

| | | | |
|---|---|---|---|
| 23297641 | ^ MEBN | Jul 09 2026 22:06:13 | Department Of Education - Mohela, PO Box 790453, St Louis, MO 63179-0453 |
| 23297644 | ^ MEBN | Jul 09 2026 22:05:10 | Enterprise, PO Box 843369, Kansas City, MO 64184-3369 |
| 23297646 | + Email/Text: disclosures@forafinancial.com | Jul 09 2026 22:07:00 | Fora Financial Advance LLC, 1385 Broadway, 15th Floor, New York, NY 10018-6015 |
| 23297647 | + Email/Text: EBNBKNOT@ford.com | Jul 09 2026 22:08:00 | Ford Credit, PO Box 35911, Cleveland, OH 44135-0911 |
| 23304321 | + EDI: AISACG.COM | Jul 10 2026 01:53:00 | Ford Motor Credit Company LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 23297648 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 09 2026 22:07:00 | Goldman Sachs Bank USA, 200 West Street, New York, NY 10282-2198 |
| 23297649 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 09 2026 22:07:00 | Goldman Sachs Bank USA, Salt Lake City Branch, Loc, PO Box 7247, Philadelphia, PA 19170-0001 |
| 23297651 | + Email/Text: bankruptcy@ondeck.com | Jul 09 2026 22:08:00 | Headway Capital, 4700 W Daybreak Pkwy, Suite 200, South Jordan, UT 84009-5133 |
| 23297654 | + EDI: IRS.COM | Jul 10 2026 01:53:00 | IRS, Special Procedures-Insolvency, PO Box 7346, Philadelphia, PA 19101-7346 |
| 23297656 | + Email/Text: dallas.bankruptcy@LGBS.com | Jul 09 2026 22:07:00 | LGBS, 100 Throckmorton St # 300, Fort Worth, TX 76102-2833 |
| 23297655 | + Email/Text: bankruptcymail@leafnow.com | Jul 09 2026 22:07:00 | Leaf Capital Funding LLC, 2005 Market Street, 14th Floor, Philadelphia, PA 19103-7009 |
| 23297657 | + Email/Text: bankruptcy@bbandt.com | Jul 09 2026 22:07:00 | Lightstream, PO Box 117320, Atlanta, GA 30368-7320 |
| 23297659 | + Email/Text: dallas.bankruptcy@LGBS.com | Jul 09 2026 22:07:00 | Linebarger Goggan Blair & Sampson, 3500 Maple Avenue Suite 800, Dallas, TX 75219-3959 |
| 23297660 | + EDI: CITICORP | Jul 10 2026 01:53:00 | Macy's/Citi, PO Box 6776, Sioux Falls, SD 57117-6776 |
| 23297661 | + Email/Text: MVWBANKRUPTCY@MVWC.COM | Jul 09 2026 22:07:00 | Marriott Ownership Resorts Inc, 7812 Palm Parkway, Orlando, FL 32836-6418 |
| 23297662 | + Email/Text: nsm_bk_notices@mrcooper.com | Jul 09 2026 22:07:00 | Mr. Cooper / Nationstar, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 23297665 | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jul 09 2026 22:07:00 | Nelnet, Attn: Claims, PO Box 82505, Lincoln, NE 68501-2505 |
| 23297664 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jul 09 2026 22:07:00 | Nelnet, PO Box 82505, Lincoln, NE 68501-2505 |
| 23297666 | + EDI: NTXTOLWAY | Jul 10 2026 01:54:00 | North Texas Tollway Authority, PO Box 660244, Dallas, TX 75266-0244 |
| 23297667 | + Email/Text: emccain@pbfcm.com | Jul 09 2026 22:07:00 | Perdue Brandon Fielder Collins and Mott LLP, 500 E. Border #640, Arlington, TX 76010-7457 |
| 23297674 | EDI: SYNC | Jul 10 2026 01:53:00 | SYNCB/Care Credit, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 23297673 | + EDI: SYNC | Jul 10 2026 01:53:00 | SYNCB/Care Credit, PO Box 965061, Orlando, FL 32896-5061 |
| 23297675 | + EDI: SYNC | Jul 10 2026 01:53:00 | SYNCB/JC Penny, PO Box 965009, Orlando, FL 32896-5009 |
| 23297676 | + EDI: SYNC | Jul 10 2026 01:53:00 | SYNCB/Sams Club, PO Box 965004, Orlando, FL 32896-5004 |
| 23297670 | + EDI: SALLIEMAEBANK.COM | Jul 10 2026 01:54:00 | Sallie Mae, PO Box 3319, Wilmington, DE |

District/off: 0539-4 | User: admin | Page 4 of 5

Date Rcvd: Jul 09, 2026 | Form ID: 318 | Total Noticed: 87

| Recip ID | Bypass Reason | Name and Address | Date | Address |
|---|---|---|---|---|
| | | | | 19804-4319 |
| 23297677 | + EDI: SYNC | | Jul 10 2026 01:53:00 | Synchrony Bank/Amazon, PO Box 71711, Philadelphia, PA 19176-1711 |
| 23297672 | Email/Text: pacer@cpa.state.tx.us | | Jul 09 2026 22:07:00 | State Comptroller, Revenue Accounting Division, PO Box 13528, Austin, TX 78711 |
| 23297680 | + Email/Text: bcd@oag.texas.gov | | Jul 09 2026 22:07:00 | Texas Attorney General's Office, Bankruptcy-Collections Div., PO Box 12548, Austin, TX 78711-2548 |
| 23297681 | + Email/Text: collections.pacer@twc.texas.gov | | Jul 09 2026 22:08:00 | Texas Workforce Comm., TEC Building-Bankruptcy, 101 E. 15th Street, Austin, TX 78778-0001 |
| 23297686 | + Email/Text: bankruptcy@bbandt.com | | Jul 09 2026 22:07:00 | Truist Bank, Attn: Bankruptcy, 214 North Tryon St, Charlotte, NC 28202-1078 |
| 23297687 | + Email/Text: ustpregion06.da.ecf@usdoj.gov | | Jul 09 2026 22:07:00 | U.S. Trustee, 1100 Commerce St., Rm 976, Dallas, TX 75242-0996 |
| 23297688 | + Email/Text: bankruptcy@umwsb.com | | Jul 09 2026 22:07:00 | United Midwest Savings Bank, 955 County Line Rd. W, Westerville, OH 43082-7237 |

TOTAL: 58

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 23303049 | *+ | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 23303050 | *+ | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 23297619 | *+ | Aqua Finance, Inc., PO Box 1143, Wausau, WI 54402-1143 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2026            Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Clayton Everett | |
| | on behalf of Debtor Kenneth William Bergeron clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Clayton Everett | |
| | on behalf of Joint Debtor Cori Laverne Bergeron clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Jeffrey S. Fraser | |

District/off: 0539-4

Date Rcvd: Jul 09, 2026

User: admin

Form ID: 318

Page 5 of 5

Total Noticed: 87

on behalf of Creditor Amerihome Mortgage Company LLC bkfl@albertellilaw.com anhsalaw@infoex.com

Julie Anne Parsons

on behalf of Creditor The County of Denton Texas jparsons@mvbalaw.com,
karla.alexander@mvbalaw.com;theresa.king@mvbalaw.com;juanie.montalvo@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Laurie Dahl Rea

trusteelaurierea@gmail.com TX83@ecfcbis.com;tandi.levario@romclaw.com;ecf.alert+ReaTXNB@titlexi.com

Patrick Michael Lynch

on behalf of Creditor Ally Bank plynch@qslwm.com pkarr@qslwm.com

United States Trustee

ustpregion06.da.ecf@usdoj.gov

TOTAL: 7

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Kenneth William Bergeron | Social Security number or ITIN   xxx–xx–0284 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Cori Laverne Bergeron | Social Security number or ITIN   xxx–xx–9726 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   Northern District of Texas

Case number:   26–41389–elm7

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Kenneth William Bergeron                     Cori Laverne Bergeron

7/8/26                                        **By the court:**   Edward L. Morris
                                                                 United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

> **This information is only a general summary
> of the bankruptcy discharge; some
> exceptions exist. Because the law is
> complicated, you should consult an
> attorney to determine the exact effect of the
> discharge in this case.**